United States Bankruptcy Court
District of Connecticut

In re:                                                          Case No. 18-51587-jam
Erica L. Garbatini                                              Chapter 7
        Debtor

### CERTIFICATE OF NOTICE

District/off: 0205-5        User: srai            Page 1 of 2          Date Rcvd: Jan 11, 2019
                           Form ID: 2040         Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2019.
```
db              +Erica L. Garbatini,    33 Hart St.,    Watertown, CT 06795-2722
8983220        +++AMG Watertown Office,    Attn: President/Manager,    1801 W Olympic Blvd,
                 Pasadena, CA 91199-0001
8983221        +++AT&T,   Attn: President/Manager,    P.O. Box 10330,    Fort Wayne, IN 46851-0330
8983218        +++Advanced Call Ctr Technologies,    Attn: President/Manager,    P.O. Box 9091,
                 Johnson City, TN 37615-9091
8983219        +++American Express,    Attn: President/Manager,    P.O. Box 1270,    Newark, NJ 07101-1270
8983222        +++Capital One,    Attn: President/Manager,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
8983223        +++Carmax,    Attn: President/Manager,    PO Box 440609,    Kennesaw, GA 30160-9511
8983224        +++Chrysler Capital,    Attn: President/Manager,    P.O. Box 660335,    Dallas, TX 75266-0335
8983225        +++Citibank,    Attn: President/Manager,    P.O. Box 183037,    Columbus, OH 43218-3037
8983226        +++Comenity,    Attn: President/Manager,    P.O. Box 182125,    Columbus, OH 43218-2125
8983231        +++Kay Jewelers,    Attn: President/Manager,    P.O. Box 182125,    Columbus, OH 43218-2125
8983232        +++Kohl's,    Attn: President/Manager,    P.O. Box 3043,    Milwaukee, WI 53201-3043
8983233         +Mark Garbatini,    33 Hart Street,    Watertown, CT 06795-2722
8983234        +++Optimum,    Attn: President/Manager,    P.O. Box 742698,    Cincinnati, OH 45274-2698
8983235        +++PMH Alliance Medical Group,    Attn: President/CEO,    1801 W. Olympic Boulevard,
                 Pasadena, CA 91199-0001
8983236        +++Prime Lending,    Attn: President/Manager,    18111 Preston Road,    Dallas, TX 75252-5470
8983237        +++Radiologic Associates PC,    Attn: President/Manager,    P.O. Box 277,    Bristol, CT 06011-0277
8983238        +++Radius Global Solutions LLC,    Attn: President/Manager,    500 North Franklin Turnpike,
                 Suite 200,   Ramsey, NJ 07446-1178
8983239        +++Santander Consumer,    Attn: President/Manager,    P.O. Box 660663,    Dallas, TX 75266
8983241        +++Walmart,    Attn: President/Manager,    702 SW 8th Street,    Bentonville, AR 72716-6299
8983242         +Waterbury Ct Teachers,    773 Straits Tpke,    Middlebury, CT 06762-2852
8983243         +Waterbury Ct Teachers FCU,    Attn: President/CEO,    773 Straits Turnpike,
                 Middlebury, CT 06762-2852
8983244         Waterbury Hospital,    Prospect Waterbury, Inc.,    Attn: President/CEO,
                 1801 W. Olympic Boulevard,    Pasadena, CA 91199-2205
8983245        +++Watertown Fire District,    Attn: Tax Collector,    24 Deforest Street,
                 Watertown, CT 06795-2197


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8993876          EDI: BECKLEE.COM Jan 11 2019 23:33:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
8983227         +EDI: CRFRSTNA.COM Jan 11 2019 23:33:00      Credit First National Association,
                 Attn: Bankruptcy,    Po Box 81315,    Cleveland, OH 44181-0315
8983228         +EDI: RCSFNBMARIN.COM Jan 11 2019 23:33:00      Credit One Bank,    Attn: Bankruptcy,
                 Po Box 98873,    Las Vegas, NV 89193-8873
8983229         +EDI: DISCOVER.COM Jan 11 2019 23:33:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
8983230         +EDI: BLUESTEM Jan 11 2019 23:33:00      Fingerhut,    Attn: Bankruptcy,    Po Box 1250,
                 Saint Cloud, MN 56395-1250
8983518         +EDI: PRA.COM Jan 11 2019 23:33:00      PRA Receivables Management, LLC,    Po Box 41021,
                 Norfolk, VA 23541-1021
8983649         +EDI: RMSC.COM Jan 11 2019 23:33:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
8983240          EDI: TDBANKNORTH.COM Jan 11 2019 23:33:00      TD Bank, N.A.,    32 Chestnut Street,
                 Po Box 1377,    Lewiston, ME 04243
                                                                                         TOTAL: 8


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern, PA  19355-0701
cr*             +Synchrony Bank,    c/o PRA Receivables Management, LLC,    P.O. Box 41021,
                 Norfolk, VA 23541-1021
8993963*         American Express National Bank,    c-o Becket & Lee LLP,    P O Box 3001,
                 Malvern, PA  19355-0701
                                                                          TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0205-5          User: srai              Page 2 of 2              Date Rcvd: Jan 11, 2019
                             Form ID: 2040            Total Noticed: 32
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
              Richard M. Coan   ct14@ecfcbis.com
              Suzann Beckett    on behalf of Debtor Erica L. Garbatini suzannb@beckett-law.com,
              jodib@beckett-law.com
              U. S. Trustee     USTPRegion02.NH.ECF@USDOJ.GOV
                                                                      TOTAL: 3
```

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
January 11, 2019

In re:

    Erica L. Garbatini

Debtor*

Case Number: 18−51587 jam
Chapter: 7

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in the this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the bankruptcy court at the address below on or before:

<b>4/11/19</b>

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

You will need to file a Proof of Claim Form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. The Proof of Claim form may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

There is no filing fee for filing a proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

**\*Government agencies who wish to file a proof of claim should do so on or before the date listed above or within 180 days after the date the Order for Relief was entered, whichever is the latter.**

Dated: January 11, 2019

BY THE COURT

Myrna Atwater<br>Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 119 − sr

\*For the purposes of this order, "Debtor" means "Debtors" where applicable.