**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ERICA L. GARBATINI, a/k/a | ) | Case No. 18-51587 (JAM) |
| ERICA LAFFERTY, | ) | |
| | ) | |
| Debtor | ) | February 11, 2021 |

**NOTICE OF SALE OF PROPERTY OF**
**ESTATE AND OPPORTUNITY FOR OBJECTIONS THERETO**

Notice is hereby given by Richard M. Coan, Trustee in the above case, that he intends to sell property of the above-captioned bankruptcy estate at private sale pursuant to an Agreement between Richard M. Coan, Trustee, as Seller, and the debtor, Erica L. Garbatini, Buyer. The agreed consideration that Erica L. Garbatini will pay for the property stated below is $37,000.00 plus a possible additional sum, as described below. If there are no objections or higher offers, the contemplated sale is scheduled to take place as soon as possible after the hearing date set forth below. If there are any objections or higher offers, the sale will take place as soon as practicable after the entry of an appropriate order by the United States Bankruptcy Court.

The property to be sold is the following: All of the debtor's causes of action including but not limited to claims for invasion of privacy by false light, defamation and defamation per se, intentional infliction of emotional distress, negligent infliction of emotional distress, civil conspiracy and claims under the Connecticut Unfair Trade Practices Act against Alex Jones, et als., as set forth in a civil action styled  Erica Lafferty et al. v. Alex Emric Jones et al.,  pending in the Connecticut Superior Court for the Judicial District of Waterbury and bearing Docket No. UWY-CV18-6046436-S. The debtor has agreed to purchase these causes of action from her bankruptcy estate for $37,000.00. This sum appears to be sufficient to pay all administrative expenses of the bankruptcy case and all allowed claims with interest. In addition, if other creditors file allowed claims prior to the time that the trustee commences his final distribution in this case, the debtor has agreed to pay to the Trustee, from future recoveries derived from the above-described civil action, sufficient sums to pay said additional allowed claims in full together with interest allowed to such additional creditors.

Further information with reference to the property and the sale may be obtained from the Trustee, Richard M. Coan, at Coan, Lewendon, Gulliver & Miltenberger, LLC, 495 Orange Street, New Haven, Connecticut 06511, (203) 624-4756, rcoan@coanlewendon.com.

Any person objecting to said sale or wishing to make a higher offer should notify the Clerk of the Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604 in writing with a copy of the objection or higher offer to Richard M. Coan no later than March 8, 2021. A hearing on the objections is scheduled for March 16, 2021 at 10:00 AM. Pursuant to the Court's General Order #4 Regarding Court Operations under the Exigent Circumstances Created by COVID-19, the hearing will be held remotely using the ZoomGov platform.

Further details may be obtained from the Trustee. If no objections to such sale or higher offers are received by the date specified above for objections or higher offers, said sale will be conducted as set forth above.

Dated at New Haven, Connecticut this 11th day of February 2021.

/s/ Richard M. Coan
Richard M. Coan, Trustee (ct06376)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, Connecticut 06511
Telephone:   (203) 624-4756
Facsimile:   (203) 865-3673
rcoan@coanlewendon.com