# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: pesposito | Date Created: 2/16/2021 |
| Case: 18–51587 | Form ID: pdfdoc1 | Total: 53 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| tr | Richard M. Coan | ct14@ecfcbis.com |
| aty | Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| aty | Melissa L Simonik | melissa@simoniklaw.com |
| aty | Suzann Beckett | suzannb@beckett–law.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Erica L. Garbatini | 33 Hart St.    Watertown, CT 06795 |
| cr | Synchrony Bank | c/o PRA Receivables Management, LLC    P.O. Box 41021    Norfolk, VA 23541 |
| cr | American Express National Bank | c/o Becket and Lee LLP    PO Box 3001    Malvern, PA 19355–0701 |
| cr | Waterbury CT Teachers Federal Credit Union | 997 Straits Turnpike    Middlebury, CT 06762 |
| aty | Koskoff, Koskoff & Bieder, PC | Attn: William M. Bloss    350 Fairfield Avenue    Bridgeport, CT 06604 |
| 8983220 | AMG Watertown Office | Attn: President/Manager    1801 W Olympic Blvd    Pasadena, CA 91199 |
| 8983221 | AT&T | Attn: President/Manager    P.O. Box 10330    Fort Wayne, IN 46851–0330 |
| 8983218 | Advanced Call Ctr Technologies | Attn: President/Manager    P.O. Box 9091    Johnson City, TN 37615–9091 |
| 8983219 | American Express | Attn: President/Manager    P.O. Box 1270    Newark, NJ 07101 |
| 8993963 | American Express National Bank | c–o Becket & Lee LLP    P O Box 3001    Malvern, PA 19355–0701 |
| 8993876 | American Express National Bank | c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355–0701 |
| 9024390 | American Express National Bank | c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355–0701 |
| 8983222 | Capital One | Attn: President/Manager    P.O. Box 30285    Salt Lake City, UT 84130–0285 |
| 9017665 | Capital One, N.A. | c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355–0701 |
| 8983223 | Carmax | Attn: President/Manager    PO Box 440609    Kennesaw, GA 30160 |
| 8983224 | Chrysler Capital | Attn: President/Manager    P.O. Box 660335    Dallas, TX 75266 |
| 8983225 | Citibank | Attn: President/Manager    P.O. Box 183037    Columbus, OH 43218 |
| 9034036 | Citibank, N.A. | 701 East 60th Street North    Sioux Falls, SD 57117 |
| 8983226 | Comenity | Attn: President/Manager    P.O. Box 182125    Columbus, OH 43218 |
| 8983227 | Credit First National Association | Attn: Bankruptcy    Po Box 81315    Cleveland, OH 44181 |
| 8983228 | Credit One Bank | Attn: Bankruptcy    Po Box 98873    Las Vegas, NV 89193 |
| 8996730 | Discover Bank | Discover Products Inc    PO Box 3025    New Albany, OH 43054–3025 |
| 8983229 | Discover Financial | Po Box 3025    New Albany, OH 43054 |
| 8983230 | Fingerhut | Attn: Bankruptcy    Po Box 1250    Saint Cloud, MN 56395 |
| 8983231 | Kay Jewelers | Attn: President/Manager    P.O. Box 182125    Columbus, OH 43218 |
| 8983232 | Kohl's | Attn: President/Manager    P.O. Box 3043    Milwaukee, WI 53201 |
| 8983233 | Mark Garbatini | 33 Hart Street    Watertown, CT 06795 |
| 8983234 | Optimum | Attn: President/Manager    P.O. Box 742698    Cincinnati, OH 45274–2698 |
| 8983235 | PMH Alliance Medical Group | Attn: President/CEO    1801 W. Olympic Boulevard    Pasadena, CA 91199 |
| 8983518 | PRA Receivables Management, LLC | PO Box 41021    Norfolk, VA 23541 |
| 9011367 | PYOD, LLC | Resurgent Capital Services    PO Box 19008    Greenville, SC 29602 |
| 8983236 | Prime Lending, | Attn: President/Manager    18111 Preston Road    Dallas, TX 75252 |
| 9031554 | Quantum3 Group LLC as agent for | Bluestem and SCUSA    PO Box 788    Kirkland, WA 98083–0788 |
| 9031553 | Quantum3 Group LLC as agent for | Comenity Bank    PO Box 788    Kirkland, WA 98083–0788 |
| 8983237 | Radiologic Associates PC | Attn: President/Manager    P.O. Box 277    Bristol, CT 06011 |
| 8983238 | Radius Global Solutions LLC | Attn: President/Manager    500 North Franklin Turnpike    Suite 200    Ramsey, NJ 07446 |
| 9008990 | SYNCHRONY BANK | c/o Weinstein & Riley, PS    2001 Western Ave., Ste 400    Seattle, WA 98121 |
| 8983239 | Santander Consumer | Attn: President/Manager    P.O. Box 660663    Dallas, TX 75266 |
| 8983649 | Synchrony Bank | c/o PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541 |
| 8983240 | TD Bank, N.A. | 32 Chestnut Street    Po Box 1377    Lewiston, ME 04243 |
| 8997984 | TD Bank, N.A. | Payment Processing, PO Box 16029    Lewiston, ME, 04243 |
| 8983241 | Walmart | Attn: President/Manager    702 SW 8th Street    Bentonville, AR 72716 |
| 9017142 | Waterbury CT Teachers Federal Credit Union | c–o Melissa L. Simonik    1001 Farmington Avenue, Suite 303    Bristol, CT 06010 |
| 8983242 | Waterbury Ct Teachers | 773 Straits Tpke    Middlebury, CT 06762 |
| 8983243 | Waterbury Ct Teachers FCU | Attn: President/CEO    773 Straits Turnpike    Middlebury, CT 06762 |
| 9022176 | Waterbury Hospital | 64 Robbins Street    Waterbury, CT 06708 |
| 8983244 | Waterbury Hospital | Prospect Waterbury, Inc.    Attn: President/CEO    1801 W. Olympic Boulevard    Pasadena, CA 91199–2205 |

| | | | | |
|---|---|---|---|---|
| 8983245 | Watertown Fire District | Attn: Tax Collector | 24 Deforest Street | Watertown, CT 06795 |

TOTAL: 48