# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
February 23, 2021

In re:

    Erica L. Garbatini                                     Case Number: 18−51587

    Debtor*                                              Chapter: 7

### Clerk's Notice of ZoomGov Instructions Regarding Scheduled Hearing

The scheduled hearing or conference before the Honorable Julie A. Manning on March 16, 2021 will be conducted over the ZoomGov platform.

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (203)579−5808 for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING−LISTEN ONLY**: If you are **not a Remote Hearing Participant** but would like to listen to the hearing, please use the court hearing conference line at 1−877−336−1274 and input the Access Code: 1077800 when prompted.

Dated: February 23, 2021

                                            For the Court

                                            Pietro Cicolini
                                            Clerk of Court

United States Bankruptcy Court                         Tel. (203) 579−5808
District of Connecticut                                  VCIS* (866) 222−8029
915 Lafayette Boulevard                               * Voice Case Information System
Bridgeport, CT 06604                                   http://www.ctb.uscourts.gov
                                                      Form zoomclrk − pe