**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In the matter of ) | Chapter 7 | |
| ) | | |
| ERICA L. GARBATINI, a/k/a ) | Case No. 18-51587 (JAM) | |
| ERICA LAFFERTY, ) | | |
| ) | | |
| Debtor ) | April 19, 2021 | |

**REPORT OF SALE**

Richard M. Coan, Trustee hereby reports that pursuant to his Notice of Sale and Opportunity for Objections Thereto dated February 11, 2021, he sold to the debtor, the following:

All of the debtor's causes of action including but not limited to claims for invasion of privacy by false light, defamation and defamation per se, intentional infliction of emotional distress, negligent infliction of emotional distress, civil conspiracy and claims under the Connecticut Unfair Trade Practices Act against Alex Jones, et als., as set forth in a civil action styled  Erica Lafferty et al. v. Alex Emric Jones et al., pending in the Connecticut Superior Court for the Judicial District of Waterbury and bearing Docket No. UWY-CV18-6046436-S.

On April 19, 2021, he received the sale proceeds in the amount of $37,000.00.

Dated at New Haven, Connecticut this 19th day of April 2021.

/s/ Richard M. Coan
Richard M. Coan, Trustee (ct06376)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, Connecticut 06511
Telephone:    (203) 624-4756
Facsimile:    (203) 865-3673
rcoan@coanlewendon.com