**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>ERICA L. GARBATINI,<br><br>      Debtor, | Case No. 18-51587<br>Chapter 7 |

## DECLARATION OF ALEX E. JONES

I, ALEX EMRIC JONES, declare:

1. I am over the age of 18 years and am fully competent to make this Declaration.

2. The facts setforth in this Declaration are within my personal knowledge and are true and correct to the best of my knowledge and belief.

3. I am a citizen and resident of the State of Texas.

4. I am a member of Infowars, LLC, Free Speech Systems, LLC, Prison Planet TV, LLC, and Infowars Health, LLC ("Companies").

5. Debtor commenced an action in the Connecticut Superior Court, Docket No. FBT-CV18-6075078-S against myself and the Companies ("Movants") on or about May 23, 2018. This matter is ongoing.

6. Movants received no notice of the Debtor's bankruptcy proceedings.

7. Movants received no notice of the Chapter 7 Trustee's sale of the Litigation Claims.

8. If Movants had known of these proceedings, they would have overbid in excess of the $37,000 paid by the Debtor to purchase the claims.

9. Movants remain ready, willing, and able to purchase such claims now, if given the opportunity.

10. Movants can provide proof of funds or post sufficient funds with the Court to purchase the claims, when directed to do so.

I declare under the penalty of perjury that the forgeoing is true and correct.

Dated: 5/10/2021

DocuSigned by:

*Alex Jones*

4A4C02FF1C41465...

Alex E. Jones