# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re:

ERICA L. GARBATINI,

    Debtor,

Case No. 18-51587
Chapter 7

**[PROPOSED] ORDER GRANTING RELIEF FROM SALE OF LITIGATION CLAIMS**

    Movants, Alex Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, and Prison Planet TV, LLC (collectively, the "Movants"), have filed a Motion for Relief from, or to Vacate or Void, Chapter 7 Trustee's Sale of Litigation Claims Back to the Debotr (the "Motion, ECF No.    ).

    The Declarations attached to the Motion demonstrate that Debtor did not give notice to Movants of the filing of her Petition and that no notice was given of the proposed sale of the Litigation Claims. After notice and a hearing, the Court finds that relief from the sale of the litigation claims is warranted; it is hereby

**ORDERED:** The sale of the Litigation Claims is hereby vacated. The Trustee shall entertain a higher and better offer from the Movants and any interested party for such claims.

United States Bankruptcy Court

District of Connecticut

450 Main Street, 7th Floor

Hartford, CT 06103

2

2