**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | Case No. 18-51587 |
| | Chapter 7 |
| ERICA L. GARBATINI, | |
| Debtor, | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

     **PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby appears as counsel for Alex E. Jones, Infowars, LLC, Infowars Health, LLC, Free Speech Systems, LLC, and Prison Planet TV, LLC, parties-in-interest in the above-captioned proceeding, and requests that he be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices or other papers, filed or served, in this case or any proceeding herein, be served upon the undersigned at the following address:

Jay M. Wolman
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th
Hartford, Connecticut 06103
Telephone: 702-420-2001
ecf@randazza.com

     **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

| | |
|---|---|
| Dated: May 11, 2021. | Respectfully submitted, |
| | |
| | /s/ Jay M. Wolman_____ |
| | Jay M. Wolman – ct29129 of |
| | Randazza Legal Group, PLLC |
| | 100 Pearl Street, 14th Floor |
| | Hartford, CT 06103 |
| | P: 702-420-2001 |
| | F: 305-437-7662 |

1

ecf@randazza.com
*Counsel for Movants Alex E. Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, & Prison Planet TV, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

I FURTHER CERTIFY that on May 11, 2021, a true and correct copy of the foregoing document was deposited in the United States Mail, first class postage prepaid, properly addressed to each of the following:

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Holley L. Claiborn on behalf of U.S. Trustee
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

/s/Jay M. Wolman

Jay M. Wolman