**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In the matter of ) | Chapter 7 | |
| ) | | |
| ERICA L. GARBATINI, a/k/a ) | Case No. 18-51587 (JAM) | |
| ERICA LAFFERTY, ) | | |
| ) | | |
| Debtor ) | May 13, 2021 | |

**APPLICATION TO EMPLOY ATTORNEY FOR THE TRUSTEE**

The Application of Richard M. Coan respectfully represents:

1. The debtor, Erica L. Garbatini, a/k/a Erica Lafferty, filed a Chapter 7 petition on December 5, 2018 and your Applicant was appointed Trustee of the above-captioned bankruptcy estate, has qualified, and now is serving as such Trustee.

2. On February 11, 2021, the Trustee filed a Notice of Sale of Property of Estate and Opportunity for Objections Thereto in which the Trustee stated his intention to sell back to the debtor all of her causes of action as set forth in a civil action styled Erica Lafferty et al. v. Alex Emric Jones et al., pending in the Connecticut Superior Court for the Judicial District of Bridgeport and bearing Docket No. FBT-CV18-6075078-S. The proposed purchase price was $37,000.00 and the debtor agreed to pay more, should additional proofs of claim be filed, so that all allow creditors with allowed proofs of claim would be paid in full.

3. Through BNC, the Clerk served the Trustee's notice of intent to sell on all parties entitled to notice.

4. No party in interest objected to the proposed sale and the Trustee was therefore authorized to conduct the sale. See 11 U.S.C. §§363(b) and 102(1).

5. On or about April 19, 2021, the Trustee received the sale proceeds of $37,000.00 and completed the proposed sale. On May 10, 2021, Alex Jones and other related defendants in the aforesaid civil action filed a motion for relief from, or to vacate or void, the Trustee's aforesaid sale.

6. The Trustee will require the services of counsel to oppose said motion.

7. Your Applicant desires to retain the law firm of Coan, Lewendon, Gulliver & Miltenberger, LLC, 495 Orange Street, New Haven, Connecticut 06511, the law firm of which your

Applicant is a member, as his attorney to represent the Trustee in opposing the aforesaid motion. Said firm and its attorneys are duly admitted to practice before this Court and are "disinterested persons" as that term is defined in §101(14) of the Bankruptcy Code, and are qualified to act as attorneys in this matter and represent no interest adverse to the bankruptcy estate.

8. Said law firm has agreed to represent the above-captioned estate with respect to said matter on an hourly basis, with this estate also to be responsible for all reasonable out-of-pocket expenses and disbursements. At the present time, Richard M. Coan, Carl T. Gulliver and Timothy D. Miltenberger all bill their time at $430.00 per hour. These are the attorneys who are likely to devote time to this matter. All fees and reimbursement of expenses are strictly subject to the approval of the United States Bankruptcy Court upon proper application.

9. The said law firm of Coan, Lewendon, Gulliver & Miltenberger, LLC has no connection with the debtor, the creditors, or any other party in interest, or their respective attorneys, and represents no interest adverse to the Trustee or the estate in matters upon which they are to be engaged. Said law firm has vast experience in bankruptcy matters and has worked closely with the Trustee in numerous matters in which the results have been excellent. The Trustee believes that their employment would be in the best interest of this estate.

**Wherefore,** your Applicant prays that your Applicant and Coan, Lewendon, Gulliver & Miltenberger, LLC, the law firm of which he is a member, be authorized as of the date of this application to act as attorneys for the estate with compensation for such legal services to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow.

Dated at New Haven, Connecticut this date, May 13, 2021.

/s/ Richard M. Coan  
Richard M. Coan, Trustee (ct06376)  
Coan, Lewendon, Gulliver & Miltenberger, LLC  
495 Orange Street  
New Haven, CT 06511  
Telephone:    (203) 624-4756  
Facsimile:    (203) 865-3673  
rcoan@coanlewendon.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In the matter of | ) | Chapter 7 |
| | ) | |
| ERICA L. GARBATINI, a/k/a | ) | Case No. 18-51587 (JAM) |
| ERICA LAFFERTY, | ) | |
| | ) | |
| Debtor | ) | |

**AFFIDAVIT**

I, Timothy D. Miltenberger, being duly sworn, depose and say:

1. I am a partner in the law firm of Coan, Lewendon, Gulliver & Miltenberger, LLC and the members of our firm are duly admitted to practice before this Court. Our firm's address is 495 Orange Street, New Haven, Connecticut 06511.

2. I am making this Affidavit in connection with the Amended Application to Employ Attorney for the Trustee which the Trustee has filed in connection with this case.

3. My firm is willing to undertake the representation of the Trustee for the purposes set forth in the aforesaid Application and upon the terms and conditions set forth therein.

4. Except as stated in the next sentence, the members of our law firm have no connection with the debtor, the creditors, or any other party in interest, or their respective attorneys, and represent no interest adverse to the Trustee of the estate in connection with this matter. Richard M. Coan, the Chapter 7 Trustee in the above-captioned case, is a member of our law firm..

5. Coan, Lewendon, Gulliver & Miltenberger, LLC maintains professional liability insurance in the amount of $2,000,000.00.

Dated at New Haven, Connecticut this date, May 13, 2021.

/s/Timothy D. Miltenberger
Timothy D. Miltenberger

Subscribed and sworn to before me this date, May 13, 2021.

/s/Lisa K. Gardner
Lisa K. Gardner
Notary Public
Commission Expires: July 31, 2024.