# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
May 13, 2021

In re:

    Erica L. Garbatini                                   Case Number: 18–51587

    Debtor*                                           Chapter: 7

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held remotely using the ZoomGov platform pursuant to the Court's General Order #4 Regarding Court Operations under the Exigent Circumstances Created by COVID–19, and is scheduled in the above captioned case to be held on **June 1, 2021** at **10:00 AM** to consider and act upon the following matter(s):

> **Application to Employ Coan Lewendon Gulliver & Miltenberger LLC as Attorney for the Trustee Filed by Richard M. Coan on behalf of Richard M. Coan, Trustee. (Re: Doc #39)**

**OBJECTION(S) DUE:** May 25, 2021 before 4:00 p.m. Untimely objections may not be considered.

**TO THE FILING PARTY:** If you or your attorney fail to participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

**See below for ZoomGov Connection Instructions to participate via video and/or telephonically.**

---

**Important Policy Notice to the Bar, Public, and Media**

Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073–1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen–shots or any other audio or video reproduction).

A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court.

---

**ZOOMGOV REMOTE HEARING INFORMATION FOR PARTICIPANTS :**

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (203)579–5808 for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING–LISTEN ONLY**: If you are **not a Remote Hearing Participant** but would like to listen to the hearing, please use the court hearing conference line at 1–877–336–1274 and input the Access Code: 1077800 when prompted.

---

For further instruction and best practices for appearing remotely utilizing ZoomGov, please find the ZoomGov Guide for Participants on our website at www.ctb.uscourts.gov.

Dated: May 13, 2021

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – pe