# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: pesposito | Date Created: 5/13/2021 |
| Case: 18–51587 | Form ID: 112 | Total: 64 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp        Prison Planet TV, LLC
intp        Infowars Health, LLC
intp        Free Speech Systems, LLC
intp        Infowars, LLC
intp        Alex E. Jones
                                                                                                TOTAL: 5

**Recipients of Notice of Electronic Filing:**
ust        U. S. Trustee        USTPRegion02.NH.ECF@USDOJ.GOV
tr         Richard M. Coan      ct14@ecfcbis.com
aty        Holley L. Claiborn   holley.l.claiborn@usdoj.gov
aty        Jay Marshall Wolman  jmw@randazza.com
aty        Melissa L Simonik    melissa@simoniklaw.com
aty        Suzann Beckett       suzannb@beckett–law.com
                                                                                                TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Erica L. Garbatini        33 Hart St.        Watertown, CT 06795
cr         Synchrony Bank        c/o PRA Receivables Management, LLC        P.O. Box 41021        Norfolk, VA 23541
cr         American Express National Bank        c/o Becket and Lee LLP        PO Box 3001        Malvern, PA 19355–0701
cr         Waterbury CT Teachers Federal Credit Union        997 Straits Turnpike        Middlebury, CT 06762
aty        Koskoff, Koskoff & Bieder, PC        Attn: William M. Bloss        350 Fairfield Avenue        Bridgeport, CT 06604
8983220    AMG Watertown Office        Attn: President/Manager        1801 W Olympic Blvd        Pasadena, CA 91199
8983221    AT&T        Attn: President/Manager        P.O. Box 10330        Fort Wayne, IN 46851–0330
8983218    Advanced Call Ctr Technologies        Attn: President/Manager        P.O. Box 9091        Johnson City, TN 37615–9091
9290997    Alex E. Jones        c–o Jay M. Wolman        Randazza Legal Group, PLLC        100 Pearl Street, 14th Floor        Hartford, Connecticut 06103
8983219    American Express        Attn: President/Manager        P.O. Box 1270        Newark, NJ 07101
8993963    American Express National Bank        c–o Becket & Lee LLP        P O Box 3001        Malvern, PA 19355–0701
8993876    American Express National Bank        c/o Becket and Lee LLP        PO Box 3001        Malvern PA 19355–0701
9024390    American Express National Bank        c/o Becket and Lee LLP        PO Box 3001        Malvern PA 19355–0701
8983222    Capital One        Attn: President/Manager        P.O. Box 30285        Salt Lake City, UT 84130–0285
9017665    Capital One, N.A.        c/o Becket and Lee LLP        PO Box 3001        Malvern PA 19355–0701
8983223    Carmax        Attn: President/Manager        PO Box 440609        Kennesaw, GA 30160
8983224    Chrysler Capital        Attn: President/Manager        P.O. Box 660335        Dallas, TX 75266
8983225    Citibank        Attn: President/Manager        P.O. Box 183037        Columbus, OH 43218
9034036    Citibank, N.A.        701 East 60th Street North        Sioux Falls, SD 57117
8983226    Comenity        Attn: President/Manager        P.O. Box 182125        Columbus, OH 43218
8983227    Credit First National Association        Attn: Bankruptcy        Po Box 81315        Cleveland, OH 44181
8983228    Credit One Bank        Attn: Bankruptcy        Po Box 98873        Las Vegas, NV 89193
8996730    Discover Bank        Discover Products Inc        PO Box 3025        New Albany, OH 43054–3025
8983229    Discover Financial        Po Box 3025        New Albany, OH 43054
8983230    Fingerhut        Attn: Bankruptcy        Po Box 1250        Saint Cloud, MN 56395
9291000    Free Speech Systems, LLC        c–o Jay M. Wolman        Randazza Legal Group, PLLC        100 Pearl Street, 14th Floor        Hartford, Connecticut 06103
9290999    Infowars Health, LLC        c–o Jay M. Wolman        Randazza Legal Group, PLLC        100 Pearl Street, 14th Floor        Hartford, Connecticut 06103
9290998    Infowars, LLC        c–o Jay M. Wolman        Randazza Legal Group, PLLC        100 Pearl Street, 14th Floor        Hartford, Connecticut 06103
8983231    Kay Jewelers        Attn: President/Manager        P.O. Box 182125        Columbus, OH 43218
8983232    Kohl's        Attn: President/Manager        P.O. Box 3043        Milwaukee, WI 53201
8983233    Mark Garbatini        33 Hart Street        Watertown, CT 06795
8983234    Optimum        Attn: President/Manager        P.O. Box 742698        Cincinnati, OH 45274–2698
8983235    PMH Alliance Medical Group        Attn: President/CEO        1801 W. Olympic Boulevard        Pasadena, CA 91199
8983518    PRA Receivables Management, LLC        PO Box 41021        Norfolk, VA 23541
9011367    PYOD, LLC        Resurgent Capital Services        PO Box 19008        Greenville, SC 29602
8983236    Prime Lending,        Attn: President/Manager        18111 Preston Road        Dallas, TX 75252
9291001    Prison Planet TV, LLC        c–o Jay M. Wolman        Randazza Legal Group, PLLC        100 Pearl Street, 14th Floor        Hartford, Connecticut 06103
9031554    Quantum3 Group LLC as agent for        Bluestem and SCUSA        PO Box 788        Kirkland, WA 98083–0788

| | | | | |
|---|---|---|---|---|
| 9031553 | Quantum3 Group LLC as agent for | Comenity Bank | PO Box 788 | Kirkland, WA 98083–0788 |
| 8983237 | Radiologic Associates PC | Attn: President/Manager | P.O. Box 277 | Bristol, CT 06011 |
| 8983238 | Radius Global Solutions LLC | Attn: President/Manager | 500 North Franklin Turnpike Suite 200 | Ramsey, NJ 07446 |
| 9008990 | SYNCHRONY BANK | c/o Weinstein & Riley, PS | 2001 Western Ave., Ste 400 | Seattle, WA 98121 |
| 8983239 | Santander Consumer | Attn: President/Manager | P.O. Box 660663 | Dallas, TX 75266 |
| 8983649 | Synchrony Bank | c/o PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 |
| 8983240 | TD Bank, N.A. | 32 Chestnut Street | Po Box 1377 | Lewiston, ME 04243 |
| 8997984 | TD Bank, N.A. | Payment Processing, PO Box 16029 | Lewiston, ME, 04243 | |
| 8983241 | Walmart | Attn: President/Manager | 702 SW 8th Street | Bentonville, AR 72716 |
| 9017142 | Waterbury CT Teachers Federal Credit Union | c–o Melissa L. Simonik | 1001 Farmington Avenue, Suite 303 | Bristol, CT 06010 |
| 8983242 | Waterbury Ct Teachers | 773 Straits Tpke | Middlebury, CT 06762 | |
| 8983243 | Waterbury Ct Teachers FCU | Attn: President/CEO | 773 Straits Turnpike | Middlebury, CT 06762 |
| 9022176 | Waterbury Hospital | 64 Robbins Street | Waterbury, CT 06708 | |
| 8983244 | Waterbury Hospital | Prospect Waterbury, Inc. | Attn: President/CEO | 1801 W. Olympic Boulevard Pasadena, CA 91199–2205 |
| 8983245 | Watertown Fire District | Attn: Tax Collector | 24 Deforest Street | Watertown, CT 06795 |

TOTAL: 53