```
                    UNITED STATES BANKRUPTCY COURT
                          341 MEETING
                      DISTRICT OF CONNECTICUT
```

**ERICA L. GARBATINI** )
                      )
                      )**CASE NUMBER 18-51587**
    )
-------------------------------------------------------------X

**TRANSCRIPT OF 341 MEETING**
**BEFORE TRUSTEE RICHARD M. COAN,**
**January 2, 2019**
**United States Bankruptcy Court**
**The Giaimo Federal Building**
**150 Court Street,**
**Room 309**
**New Haven, Connecticut 06510**

**APPEARANCES:**
**DEBTOR, Erica L. Garbatini**

**SUZANN BECKETT, ESQ., ON BEHALF OF DEBTOR**
543 Prospect Avenue
Hartford, Connecticut 06105

    Proceedings recorded by mechanical stenography, transcript produced by computer.

-------------------------------------------------------------X

1    TRUSTEE:  Okay, this is the case of Erica
2 Garbatini, Case Number 18-51587. I have seen the debtor's
3 Social Security card and driver's license.  They appear to
4 be in order.  I've deleted the tax returns that were sent
5 to me.
6    Please raise your right hand.  Do you solemnly
7 swear, under oath, or affirm under penalty of perjury that
8 the statements you make in this case will be truth?
9    MS. GARBATINI:  I do.
10    TRUSTEE:  Please state your name.
11    MS. GARBATINI:  Erica Garbatini.
12    E R I C A  G A R B A T I N I, called herein as a
13 witness, having been first duly sworn, took the stand and
14 testified as follows:
15    TRUSTEE:  Look at box 3 of your bankruptcy
16 notice and tell me if that address is correct.
17    MS. GARBATINI:  That is correct.
18    TRUSTEE:  Okay.  Counsel, for the record?
19    MS. BECKETT:  Suzanne Beckett, for the debtor.
20 DIRECT EXAMINATION BY TRUSTEE:
21    Q.   Have you ever been in bankruptcy before?
22    A.   Yes.
23    Q.   When was that?
24    A.   2010.
25    Q.   What month?

1    A.    June was my discharge.

2    Q.    Okay. And what is your marital status?

3    A.    Married.

4    Q.    Are you obligated to pay support to anyone because of
5 a court order?

6    A.    No.

7    Q.    Does anybody owe you money?

8    A.    No.

9    Q.    And you do have a possible defamation claim and I'll
10 talk to you about that.

11    A.    Okay.

12    Q.    Do you have any other reason to sue anybody?

13    A.    No.

14    Q.    In the twelve months before bankruptcy did you pay
15 anything to your creditors more than regular monthly payments?

16    A.    Not much above. Maybe 10 or $15.

17    Q.    Okay.

18    A.    Here and there.

19    Q.    Other than your present home have you ever owed any
20 real estate?

21    A.    Yes.

22    Q.    When did you last own other real estate?

23    A.    I sold my previous home on December 13 of 2016.

24    Q.    Okay. And when did you acquire this home?

25    A.    January 26 of 2018.

1    Q.   And it appears there's no equity.  I'm not making any
2 claim to your home.  Are you still working at the same job you
3 had when you filed the case?
4    A.   Yes.
5    Q.   And have you owed a business in the last six years?
6    A.   No.
7    Q.   Has anyone died and left anything to you that you
8 have not yet received?
9    A.   No.
10   Q.   If in the next six months after your bankruptcy
11 filing somebody dies you must notify Attorney Beckett so that
12 she can advise me if you're going to inherit something or
13 receive life insurance proceeds from the person who dies.
14   A.   Okay.
15   Q.   In the four years before bankruptcy did you transfer
16 anything out of your name or give anything away other than
17 small birthday or holiday gifts?
18   A.   No.  Only the clothes that I had mentioned that I
19 gave to a friend which was reasonable.
20   Q.   Did you read and sign your bankruptcy papers before
21 they were filed with the court?
22   A.   Yes.
23   Q.   Is everything in your papers true?  I don't -- and
24 everything in your papers is true?
25   A.   Yes.

1   Q.   Did you list all of your assets and -- with the
2 exception of the defamation claim?
3   A.   Yes.
4   Q.   And did you list all of your debts?
5   A.   Correct.  Yes, I did.
6   Q.   Are you aware of any errors or omissions?
7   A.   No.
8   Q.   Did your attorney show you the bankruptcy information
9 sheet like this?
10  A.   Yes.
11  Q.   And you understood it?
12  A.   Yes.
13  Q.   So, tell me a little bit about, very briefly about
14 the defamation claim.
15  A.   I'm honestly not expecting it to go anywhere.  My
16 primary goal in filing the suit was to have all of the
17 defamation removed from my resources.  I don't anticipate any
18 monetary gain from that.
19  Q.   What is the defamation?
20  A.   Alex Jones is --
21  Q.   Oh, I know who he is.
22  A.   -- actually a hoaxer.
23  Q.   Right.
24  A.   That had been completely --
25  Q.   Okay.

1  A.  -- slandering my name and family and my mother's
2 murder.
3       MS. BECKETT:  [Inaudible].
4       TRUSTEE:  Right.
5 BY TRUSTEE:
6  Q.  And who is representing you?
7  A.  Josh Koskoff.
8  Q.  Okay.
9       TRUSTEE:  Do you think there's some possibility
10    of a recovery?
11      MS. BECKETT:  I mean, I wouldn't completely
12    rule it out.
13      TRUSTEE:  Yes, yes.
14 BY TRUSTEE:
15  Q.  Has a lawsuit been started?
16  A.  Yes.
17  Q.  Okay.
18      TRUSTEE:  Let me go off the record here.  Okay.
19    So, we're back on the record.  And I'll probably have to
20    contact Joshua Koskoff to talk about him becoming special
21    counsel for the bankruptcy estate.  There are no creditors
22    here.  And that will conclude this meeting.  Thank you.
23                    **********
24                    [END OF HEARING]
25

7

C E R T I F I C A T I O N

I, Phyllis P. Corella certify that the foregoing is a true and correct transcript of the 341 Meeting held on January 2, 2019 in the matter of Erica Garbatini, Case Number 18-51587, before Trustee Richard M. Coan, and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated  May 14, 2021

S/S   PHYLLIS P. CORELLA

AAA Write It Right Transcription
500 Silver Lane   Oceanside, NY 11572-1941
Phone: (516) 764 3906   Fax: (516) 203-4244