# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
May 27, 2021

In re:
    Erica L. Garbatini
    Debtor*

Case Number: 18–51587
Chapter: 7

### DEFICIENCY NOTICE REGARDING MOTIONS/APPLICATIONS

    Free Speech Systems, LLC, Interested Parties Infowars Health, LLC, Infowars, LLC, Alex E. Jones, Prison Planet TV, LLC has filed a/an Motion to File Late Proof of Claim, ECF No. 48, not in compliance with the Federal Rules of Bankruptcy Procedure and this Court's Local Rules of Bankruptcy Procedure, for the reason(s) indicated below:

**D. Conn. Bankr. L.R. 9014–1:**

• Deficient Certificate of Service (Not in Compliance with Fed. R. Bankr. P. 7004).

• Debtor(s) not served.

You may file an Amended Certificate of Service only if service was properly made on the same date as the original motion/application. If service was made on a different date than the original motion, you must file an amended motion consisting of the motion, notice of response date and certificate of service.

    Failure to correct and submit an amended motion/application or worksheet/cover sheet in compliance with this Court's Local Rules and Federal Rules of Bankruptcy Procedure within five (5) business days from the date of this notice will result in an order denying your motion/application.

    **NOTE:** Moving parties without an attorney have an additional three (3) days to correct and submit an amended motion/application in compliance with this Court's Local Rules and the Federal Rules of Bankruptcy Procedure.

Official Bankruptcy Forms are available on our website www.ctb.uscourts.gov

Dated: May 27, 2021

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 160 – sr

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.