# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−5 | User: srai | Date Created: 5/27/2021 |
| Case: 18−51587 | Form ID: 160 | Total: 16 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | |
|---|---|
| intp | Prison Planet TV, LLC |
| intp | Infowars Health, LLC |
| intp | Free Speech Systems, LLC |
| intp | Infowars, LLC |
| intp | Alex E. Jones |

TOTAL: 5

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| tr | Richard M. Coan | ct14@ecfcbis.com |
| aty | Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| aty | Jay Marshall Wolman | jmw@randazza.com |
| aty | Melissa L Simonik | melissa@simoniklaw.com |
| aty | Suzann Beckett | suzannb@beckett−law.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Erica L. Garbatini | 33 Hart St. | | Watertown, CT 06795 |
| cr | Synchrony Bank | c/o PRA Receivables Management, LLC | P.O. Box 41021 | Norfolk, VA 23541 |
| cr | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern, PA 19355−0701 |
| cr | Waterbury CT Teachers Federal Credit Union | 997 Straits Turnpike | | Middlebury, CT 06762 |
| aty | Koskoff, Koskoff & Bieder, PC | Attn: William M. Bloss | 350 Fairfield Avenue | Bridgeport, CT 06604 |

TOTAL: 5