**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>ERICA L. GARBATINI,<br><br>       Debtor, | Case No. 18-51587<br>Chapter 7 |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE A LATE PROOF OF CLAIM**

Movants, Alex Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, and Prison Planet TV, LLC (collectively, the "Movants"), have filed an Amended Motion to File a Late Proof of Claim (the "Motion", ECF No. 50).

Debtor did not give notice to Movants of the filing of her Petition and no notice was given of the bar date to file a proof of claim. After notice and a hearing, the Court finds that due process requires that Movants be permitted to file a late claim; it is hereby

**ORDERED:** The Motion is allowed. Movants shall have seven days from the date hereof to file a late claim.

United States Bankruptcy Court

District of Connecticut

450 Main Street, 7th Floor

Hartford, CT 06103