**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In the matter of | ) | Chapter 7 |
| | ) | |
| ERICA L. GARBATINI, a/k/a | ) | Case No. 18-51587 (JAM) |
| ERICA LAFFERTY, | ) | |
| | ) | |
| Debtor | ) | June 2, 2021 |

**AMENDMENT TO APPLICATION TO EMPLOY ATTORNEY FOR THE TRUSTEE**

Richard M. Coan, Trustee hereby amends his Application to Employ Attorney for the Trustee dated May 13, 2021 by deleting Paragraph 8 in its entirety and replacing it with the following:

"8. Said law firm has agreed to represent the above-captioned estate without compensation."

Richard M. Coan, Trustee further amends said application by deleting the Wherefore clause following Paragraph 9 and by inserting in its place the following:

"**Wherefore,** your Applicant prays that your Applicant and Coan, Lewendon, Gulliver & Miltenberger, LLC, the law firm of which he is a member, be authorized as of the date of this application to act as attorneys for the estate without compensation. "

Dated at New Haven, Connecticut this date, June 2, 2021.

/s/ Richard M. Coan
Richard M. Coan, Trustee (ct06376)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT 06511
Telephone:  (203) 624-4756
Facsimile:  (203) 865-3673
rcoan@coanlewendon.com