**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Erica L. Garbatini** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | **DISTRICT OF CONNECTICUT** |
| Case number (If known) | **18-51587** |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|
| **4.1** | **Alec Emric Jones** | Last 4 digits of account number _____ | **Unknown** |
| | Nonpriority Creditor's Name | | |
| | **c/o Jay Marshall Wolman, Esq.** | When was the debt incurred? _____ | |
| | **100 Pearl Street** | | |
| | **14th Floor** | | |
| | **Hartford, CT 06103** | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | Who incurred the debt? Check one. | | |
| | ☐ Debtor 1 only | ■ Contingent | |
| | ☐ Debtor 2 only | ■ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ■ Disputed | |
| | ■ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
| | ☐ Check if this claim is for a community debt | ☐ Student loans | |
| | Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify **Potential Litigation claim per CV 18-6075078, to which reference may be had.** | |

Debtor 1  **Erica L. Garbatini**                                        Case number (if known)  **18-51587**

---

**4.2**   **Cory Sklanka**
Nonpriority Creditor's Name
**515 Gracey Avenue**
**Meriden, CT 06451**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Potential Litigation claim per CV 18-6075078, to which reference may be had.**

---

**4.3**   **Free Speech Systems LLC**
Nonpriority Creditor's Name
**c/o Jay Marshall Wolman, Esq.**
**100 Pearl Street**
**14th Floor**
**Hartford, CT 06103**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Potential Litigation claim per CV 18-6075078, to which reference may be had.**

---

**4.4**   **Genesis Communications Network**
Nonpriority Creditor's Name
**ATTN PRESIDENT**
**c/o Brignole & Bush LLC**
**73 Wadsworth Street**
**Hartford, CT 06106**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Potential Litigation claim per CV 18-6075078, to which reference may be had.**

---

| Debtor 1 | **Erica L. Garbatini** | | Case number (if known) | **18-51587** |
|---|---|---|---|---|

---

**4.5** | **Infowars Health LLC**
Nonpriority Creditor's Name
**c/o Jay Marshall Wolman, Esq.**
**100 Pearl Street**
**14th Floor**
**Hartford, CT 06103**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____ **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Potential Litigation claim per CV 18-6075078, to which reference may be had.**

---

**4.6** | **Infowars, LLC**
Nonpriority Creditor's Name
**c/o Jay Marshall Wolman, Esq.**
**100 Pearl Street**
**14th Floor**
**Hartford, CT 06103**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____ **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Potential Litigation claim per CV 18-6075078, to which reference may be had.**

---

**4.7** | **Midas Resources Inc**
Nonpriority Creditor's Name
**ATTN PRESIDENT**
**c/o Wilson Elser Moskowitz et**
**1010 Washington Blvd, 8th Floo**
**Stamford, CT 06901**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____ **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Potential Litigation claim per CV 18-6075078, to which reference may be had.**

---

Debtor 1    **Erica L. Garbatini**                                    Case number (if known)    **18-51587**

| 4.8 | **Prison Planet TV LLC** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**c/o Jay Marshall Wolman, Esq.**
**100 Pearl Street**
**14th Floor**
**Hartford, CT 06103**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Potential Litigation claim per CV 18-6075078, to which reference may be had.**

---

| 4.9 | **Wolfgang Halbig** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**25526 Hawks Run Lane**
**Sorrento, FL 32776**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Potential Litigation claim per CV 18-6075078, to which reference may be had.**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Christopher Morgan La Tronica**<br>**34 N 7th Street**<br>**Brooklyn, NY 11249** | Line **4.6** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Christopher Morgan La Tronica**<br>**34 N 7th Street**<br>**Brooklyn, NY 11249** | Line **4.5** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Christopher Morgan La Tronica**<br>**34 N 7th Street**<br>**Brooklyn, NY 11249** | Line **4.8** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Esty & Buckmir LLC** | Line **4.9** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims |

| Debtor 1 | **Erica L. Garbatini** | Case number (if known) | **18-51587** |

**ATTN PRESIDENT**
**2340 Whitney Avenue**
**Hamden, CT 06518**

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Genesis Communications Network**<br>**ATTN PRESIDENT**<br>**3105 Sibley Memorial Hwy**<br>**Saint Paul, MN 55121** | Line **4.4** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Infowars Health LLC**<br>**3005 S Lamar Blvd**<br>**Ste D109-398**<br>**ATTN PRESIDENT**<br>**Austin, TX 78760** | Line **4.3** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Infowars Health, LLC**<br>**ATTN PRESIDENT**<br>**PO BOX 19549**<br>**Austin, TX 78760** | Line **4.5** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Infowars, LLC**<br>**ATTN PRESIDENT**<br>**3005 S Lamar Blvd**<br>**Ste D109-398**<br>**Austin, TX 78760** | Line **4.6** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Midas Resources Inc.**<br>**ATTN PRESIDENT**<br>**3105 Sibley Memorial Hwy**<br>**Saint Paul, MN 55121** | Line **4.7** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Pattis & Smith**<br>**ATTN PRESIDENT**<br>**383 Orange Street**<br>**1st Floor**<br>**New Haven, CT 06511** | Line **4.7** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Pattis & Smith**<br>**ATTN PRESIDENT**<br>**383 Orange Street**<br>**1st Floor**<br>**New Haven, CT 06511** | Line **4.1** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Pattis & Smith**<br>**ATTN PRESIDENT**<br>**383 Orange Street**<br>**1st Floor**<br>**New Haven, CT 06511** | Line **4.6** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Pattis & Smith**<br>**ATTN PRESIDENT** | Line **4.3** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

| Debtor 1 | **Erica L. Garbatini** | Case number (if known) | **18-51587** |

**383 Orange Street**
**1st Floor**
**New Haven, CT 06511**

Last 4 digits of account number _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Pattis & Smith** | Line **4.5** of (Check one): |
| **ATTN PRESIDENT** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **383 Orange Street** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **1st Floor** | |
| **New Haven, CT 06511** | |

Last 4 digits of account number _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Pattis & Smith** | Line **4.8** of (Check one): |
| **ATTN PRESIDENT** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **383 Orange Street** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **1st Floor** | |
| **New Haven, CT 06511** | |

Last 4 digits of account number _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Prison Planet TV, LLC** | Line **4.8** of (Check one): |
| **ATTN PRESIDENT** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **3005 S LAMAR BLVD** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **STE D109 317** | |
| **Austin, TX 78704** | |

Last 4 digits of account number _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Regnier Taylor Curran Eddy** | Line **4.2** of (Check one): |
| **ATTN PRESIDENT** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **100 Pearl Street** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **4th Floor** | |
| **Hartford, CT 06103** | |

Last 4 digits of account number _____

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other. Add all other priority unsecured claims. Write that amount here.** | 6d. | $ | 0.00 |
| | 6e. | **Total Priority. Add lines 6a through 6d.** | 6e. | $ | 0.00 |
| | | | | | Total Claim |
| | 6f. | **Student loans** | 6f. | $ | 0.00 |
| **Total claims from Part 2** | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other. Add all other nonpriority unsecured claims. Write that amount here.** | 6i. | $ | 0.00 |
| | 6j. | **Total Nonpriority. Add lines 6f through 6i.** | 6j. | $ | 0.00 |

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Erica L. Garbatini** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT | | |
| Case number | **18-51587** | | |
| (if known) | | | |

■ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Carlee Soto-Parisi**<br>**c/o Koskoff Koskoff Bieder**<br>**ATTN PRESIDENT**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.1**<br>☐ Schedule G _____<br>**Alec Emric Jones** |
| 3.2 | **Carlee Soto-Parisi**<br>**c/o Koskoff Koskoff Bieder**<br>**ATTN PRESIDENT**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.2**<br>☐ Schedule G _____<br>**Cory Sklanka** |
| 3.3 | **Carlee Soto-Parisi**<br>**c/o Koskoff, Koskoff & Bieder**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.3**<br>☐ Schedule G _____<br>**Free Speech Systems LLC** |

Debtor 1   **Erica L. Garbatini** _____   Case number *(if known)*   **18-51587**

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | **Carlee Soto-Parisi**<br>**c/o Koskoff, Koskoff & Bieder**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>**Genesis Communications Network** |
| 3.5 | **Carlee Soto-Parisi**<br>**c/o Koskoff, Koskoff & Bieder**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.5___<br>☐ Schedule G _____<br>**Infowars Health LLC** |
| 3.6 | **Carlee Soto-Parisi**<br>**c/o Koskoff, Koskoff & Bieder**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>**Infowars, LLC** |
| 3.7 | **Carlee Soto-Parisi**<br>**c/o Koskoff Koskoff Bieder**<br>**ATTN PRESIDENT**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>**Midas Resources Inc** |
| 3.8 | **Carlee Soto-Parisi**<br>**c/o Koskoff Koskoff Bieder**<br>**ATTN PRESIDENT**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.8___<br>☐ Schedule G _____<br>**Prison Planet TV LLC** |
| 3.9 | **Carlee Soto-Parisi**<br>**c/o Koskoff, Koskoff & Bieder**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>**Wolfgang Halbig** |
| 3.10 | **Carlos M. Soto**<br>**c/o Koskoff Koskoff Bieder**<br>**ATTN PRESIDENT**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>**Alec Emric Jones** |

Debtor 1  **Erica L. Garbatini**                                    Case number *(if known)*  **18-51587**

| ██████ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.11  **Carlos M. Soto**
      **c/o Koskoff Koskoff Bieder**
      **ATTN PRESIDENT**
      **350 Fairfield Avenue**
      **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.2**
☐ Schedule G _____
**Cory Sklanka**

3.12  **Carlos M. Soto**
      **c/o Koskoff, Koskoff & Bieder**
      **350 Fairfield Avenue**
      **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.3**
☐ Schedule G _____
**Free Speech Systems LLC**

3.13  **Carlos M. Soto**
      **c/o Koskoff, Koskoff & Bieder**
      **350 Fairfield Avenue**
      **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.4**
☐ Schedule G _____
**Genesis Communications Network**

3.14  **Carlos M. Soto**
      **c/o Koskoff, Koskoff & Bieder**
      **350 Fairfield Avenue**
      **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.5**
☐ Schedule G _____
**Infowars Health LLC**

3.15  **Carlos M. Soto**
      **c/o Koskoff Koskoff Bieder**
      **ATTN PRESIDENT**
      **350 Fairfield Avenue**
      **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.6**
☐ Schedule G _____
**Infowars, LLC**

3.16  **Carlos M. Soto**
      **c/o Koskoff Koskoff Bieder**
      **ATTN PRESIDENT**
      **350 Fairfield Avenue**
      **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.7**
☐ Schedule G _____
**Midas Resources Inc**

3.17  **Carlos M. Soto**
      **c/o Koskoff Koskoff Bieder**
      **ATTN PRESIDENT**
      **350 Fairfield Avenue**
      **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.8**
☐ Schedule G _____
**Prison Planet TV LLC**

Debtor 1  **Erica L. Garbatini**                                    Case number *(if known)*  **18-51587**

---

■ **Additional Page to List More Codebtors**

| *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.18  **Carlos M. Soto**<br>**c/o Koskoff, Koskoff & Bieder**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.9**<br>☐ Schedule G _____<br>**Wolfgang Halbig** |
| 3.19  **David Wheeler**<br>**c/o Koskoff Koskoff & Bieder**<br>**ATTN PRESIDENT**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.1**<br>☐ Schedule G _____<br>**Alec Emric Jones** |
| 3.20  **David Wheeler**<br>**c/o Koskoff Koskoff & Bieder**<br>**ATTN PRESIDENT**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.2**<br>☐ Schedule G _____<br>**Cory Sklanka** |
| 3.21  **David Wheeler**<br>**c/o Koskoff, Koskoff & Bieder**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.3**<br>☐ Schedule G _____<br>**Free Speech Systems LLC** |
| 3.22  **David Wheeler**<br>**c/o Koskoff, Koskoff & Bieder**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.4**<br>☐ Schedule G _____<br>**Genesis Communications Network** |
| 3.23  **David Wheeler**<br>**c/o Koskoff, Koskoff & Bieder**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.5**<br>☐ Schedule G _____<br>**Infowars Health LLC** |
| 3.24  **David Wheeler**<br>**c/o Koskoff, Koskoff & Bieder**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.6**<br>☐ Schedule G _____<br>**Infowars, LLC** |

Debtor 1  **Erica L. Garbatini**                                    Case number *(if known)*  **18-51587**

| ▉ | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**                                      *Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.25  **David Wheeler**
 **c/o Koskoff Koskoff & Bieder**
 **ATTN PRESIDENT**
 **350 Fairfield Avenue**
 **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.7**
☐ Schedule G _____
**Midas Resources Inc**

3.26  **David Wheeler**
 **c/o Koskoff, Koskoff & Bieder**
 **350 Fairfield Avenue**
 **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.8**
☐ Schedule G _____
**Prison Planet TV LLC**

3.27  **David Wheeler**
 **c/o Koskoff Koskoff & Bieder**
 **ATTN PRESIDENT**
 **350 Fairfield Avenue**
 **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.9**
☐ Schedule G _____
**Wolfgang Halbig**

3.28  **Donna Soto**
 **c/o Koskoff Koskoff Bieder**
 **ATTN PRESIDENT**
 **350 Fairfield Avenue**
 **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.1**
☐ Schedule G _____
**Alec Emric Jones**

3.29  **Donna Soto**
 **c/o Koskoff Koskoff Bieder**
 **ATTN PRESIDENT**
 **350 Fairfield Avenue**
 **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.2**
☐ Schedule G _____
**Cory Sklanka**

3.30  **Donna Soto**
 **c/o Koskoff, Koskoff & Bieder**
 **350 Fairfield Avenue**
 **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.3**
☐ Schedule G _____
**Free Speech Systems LLC**

3.31  **Donna Soto**
 **c/o Koskoff, Koskoff & Bieder**
 **350 Fairfield Avenue**
 **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.4**
☐ Schedule G _____
**Genesis Communications Network**

Zoho Sign Document ID: 8AHMXLBFTDAV3SDSYM0BSWP1HL6WL8HGXL9EEUCPQBC

Debtor 1   **Erica L. Garbatini**                              Case number *(if known)*   **18-51587**

---

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.32 **Donna Soto**<br>c/o Koskoff, Koskoff & Bieder<br>350 Fairfield Avenue<br>Bridgeport, CT 06604 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.5**____<br>☐ Schedule G _____<br>**Infowars Health LLC** |
| 3.33 **Donna Soto**<br>c/o Koskoff, Koskoff & Bieder<br>350 Fairfield Avenue<br>Bridgeport, CT 06604 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.6**____<br>☐ Schedule G _____<br>**Infowars, LLC** |
| 3.34 **Donna Soto**<br>c/o Koskoff Koskoff Bieder<br>ATTN PRESIDENT<br>350 Fairfield Avenue<br>Bridgeport, CT 06604 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.7**____<br>☐ Schedule G _____<br>**Midas Resources Inc** |
| 3.35 **Donna Soto**<br>c/o Koskoff, Koskoff & Bieder<br>350 Fairfield Avenue<br>Bridgeport, CT 06604 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.8**____<br>☐ Schedule G _____<br>**Prison Planet TV LLC** |
| 3.36 **Donna Soto**<br>c/o Koskoff Koskoff Bieder<br>ATTN PRESIDENT<br>350 Fairfield Avenue<br>Bridgeport, CT 06604 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.9**____<br>☐ Schedule G _____<br>**Wolfgang Halbig** |
| 3.37 **Francine Wheeler**<br>c/o Koskoff Koskoff Bieder<br>ATTN PRESIDENT<br>350 Fairfield Avenue<br>Bridgeport, CT 06604 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.1**____<br>☐ Schedule G _____<br>**Alec Emric Jones** |
| 3.38 **Francine Wheeler**<br>c/o Koskoff Koskoff Bieder<br>ATTN PRESIDENT<br>350 Fairfield Avenue<br>Bridgeport, CT 06604 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.2**____<br>☐ Schedule G _____<br>**Cory Sklanka** |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Erica L. Garbatini**                                         Case number *(if known)*  **18-51587**

| ████ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.39 **Francine Wheeler**
**c/o Koskoff, Koskoff & Bieder**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.3**_
☐ Schedule G _____
**Free Speech Systems LLC**

3.40 **Francine Wheeler**
**c/o Koskoff Koskoff Bieder**
**ATTN PRESIDENT**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.4**_
☐ Schedule G _____
**Genesis Communications Network**

3.41 **Francine Wheeler**
**c/o Koskoff, Koskoff & Bieder**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.5**_
☐ Schedule G _____
**Infowars Health LLC**

3.42 **Francine Wheeler**
**c/o Koskoff Koskoff Bieder**
**ATTN PRESIDENT**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.6**_
☐ Schedule G _____
**Infowars, LLC**

3.43 **Francine Wheeler**
**c/o Koskoff Koskoff Bieder**
**ATTN PRESIDENT**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.7**_
☐ Schedule G _____
**Midas Resources Inc**

3.44 **Francine Wheeler**
**c/o Koskoff Koskoff Bieder**
**ATTN PRESIDENT**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.8**_
☐ Schedule G _____
**Prison Planet TV LLC**

3.45 **Francine Wheeler**
**c/o Koskoff Koskoff Bieder**
**ATTN PRESIDENT**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.9**_
☐ Schedule G _____
**Wolfgang Halbig**

Zoho Sign Document ID: 8AHMXLBFTDAV3SDSYM0BSWP1HL6WL8HGXL9EEUCPQBC

| | |
|---|---|
| Debtor 1  **Erica L. Garbatini** | Case number *(if known)*  **18-51587** |

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.46  **Ian Hockley**<br>**c/o Koskoff Koskoff Bieder**<br>**ATTN PRESIDENT**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.1**<br>☐ Schedule G _____<br>**Alec Emric Jones** |
| 3.47  **Ian Hockley**<br>**c/o Koskoff Koskoff Bieder**<br>**ATTN PRESIDENT**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.2**<br>☐ Schedule G _____<br>**Cory Sklanka** |
| 3.48  **Ian Hockley**<br>**c/o Koskoff Koskoff Bieder**<br>**ATTN PRESIDENT**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.3**<br>☐ Schedule G _____<br>**Free Speech Systems LLC** |
| 3.49  **Ian Hockley**<br>**c/o Koskoff Koskoff Bieder**<br>**ATTN PRESIDENT**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.4**<br>☐ Schedule G _____<br>**Genesis Communications Network** |
| 3.50  **Ian Hockley**<br>**c/o Koskoff, Koskoff & Bieder**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.5**<br>☐ Schedule G _____<br>**Infowars Health LLC** |
| 3.51  **Ian Hockley**<br>**c/o Koskoff Koskoff Bieder**<br>**ATTN PRESIDENT**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.6**<br>☐ Schedule G _____<br>**Infowars, LLC** |
| 3.52  **Ian Hockley**<br>**c/o Koskoff Koskoff Bieder**<br>**ATTN PRESIDENT**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.7**<br>☐ Schedule G _____<br>**Midas Resources Inc** |

Debtor 1    **Erica L. Garbatini**                                          Case number *(if known)*    **18-51587**

▬▬▬    **Additional Page to List More Codebtors**

| *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt |
|---|---|

Check all schedules that apply:

3.53    **Ian Hockley**
         **c/o Koskoff, Koskoff & Bieder**
         **350 Fairfield Avenue**
         **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.8**
☐ Schedule G _____
**Prison Planet TV LLC**

3.54    **Ian Hockley**
         **c/o Koskoff Koskoff Bieder**
         **ATTN PRESIDENT**
         **350 Fairfield Avenue**
         **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.9**
☐ Schedule G _____
**Wolfgang Halbig**

3.55    **Jacqueline Barden**
         **c/o Koskoff Koskoff Bieder**
         **ATTN PRESIDENT**
         **350 Fairfield Avenue**
         **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.1**
☐ Schedule G _____
**Alec Emric Jones**

3.56    **Jacqueline Barden**
         **c/o Koskoff Koskoff Bieder**
         **ATTN PRESIDENT**
         **350 Fairfield Avenue**
         **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.2**
☐ Schedule G _____
**Cory Sklanka**

3.57    **Jacqueline Barden**
         **c/o Koskoff, Koskoff & Bieder**
         **350 Fairfield Avenue**
         **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.3**
☐ Schedule G _____
**Free Speech Systems LLC**

3.58    **Jacqueline Barden**
         **c/o Koskoff, Koskoff & Bieder**
         **350 Fairfield Avenue**
         **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.4**
☐ Schedule G _____
**Genesis Communications Network**

3.59    **Jacqueline Barden**
         **c/o Koskoff Koskoff Bieder**
         **ATTN PRESIDENT**
         **350 Fairfield Avenue**
         **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.5**
☐ Schedule G _____
**Infowars Health LLC**

Debtor 1  **Erica L. Garbatini**                                        Case number *(if known)*  **18-51587**

| | **Additional Page to List More Codebtors** |
|---|---|

| | **Column 1: Your codebtor** | **Column 2: The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.60 | **Jacqueline Barden**<br>**c/o Koskoff, Koskoff & Bieder**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>**Infowars, LLC** |
| 3.61 | **Jacqueline Barden**<br>**c/o Koskoff Koskoff Bieder**<br>**ATTN PRESIDENT**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>**Midas Resources Inc** |
| 3.62 | **Jacqueline Barden**<br>**c/o Koskoff, Koskoff & Bieder**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.8___<br>☐ Schedule G _____<br>**Prison Planet TV LLC** |
| 3.63 | **Jacqueline Barden**<br>**c/o Koskoff, Koskoff & Bieder**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>**Wolfgang Halbig** |
| 3.64 | **Jennifer Hensel**<br>**c/o Koskoff Koskoff Bieder**<br>**ATTN PRESIDENT**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>**Alec Emric Jones** |
| 3.65 | **Jennifer Hensel**<br>**c/o Koskoff Koskoff Bieder**<br>**ATTN PRESIDENT**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>**Cory Sklanka** |
| 3.66 | **Jennifer Hensel**<br>**c/o Koskoff, Koskoff & Bieder**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.3___<br>☐ Schedule G _____<br>**Free Speech Systems LLC** |

Debtor 1  **Erica L. Garbatini**            Case number *(if known)*  **18-51587**

| | |
|---|---|
| ▮ | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**                 *Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.67  **Jennifer Hensel**
**c/o Koskoff, Koskoff & Bieder**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.4**
☐ Schedule G _____
**Genesis Communications Network**

3.68  **Jennifer Hensel**
**c/o Koskoff Koskoff Bieder**
**ATTN PRESIDENT**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.5**
☐ Schedule G _____
**Infowars Health LLC**

3.69  **Jennifer Hensel**
**c/o Koskoff Koskoff Bieder**
**ATTN PRESIDENT**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.6**
☐ Schedule G _____
**Infowars, LLC**

3.70  **Jennifer Hensel**
**c/o Koskoff Koskoff Bieder**
**ATTN PRESIDENT**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.7**
☐ Schedule G _____
**Midas Resources Inc**

3.71  **Jennifer Hensel**
**c/o Koskoff Koskoff Bieder**
**ATTN PRESIDENT**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.8**
☐ Schedule G _____
**Prison Planet TV LLC**

3.72  **Jennifer Hensel**
**c/o Koskoff Koskoff Bieder**
**ATTN PRESIDENT**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.9**
☐ Schedule G _____
**Wolfgang Halbig**

3.73  **Jillian Soto**
**c/o Koskoff Koskoff Bieder**
**ATTN PRESIDENT**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.1**
☐ Schedule G _____
**Alec Emric Jones**

Debtor 1   **Erica L. Garbatini**                                   Case number *(if known)*   **18-51587**

| **Additional Page to List More Codebtors** |
|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.74   **Jillian Soto**
       **c/o Koskoff Koskoff Bieder**
       **ATTN PRESIDENT**
       **350 Fairfield Avenue**
       **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.2**
☐ Schedule G _____
**Cory Sklanka**

---

3.75   **Jillian Soto**
       **c/o Koskoff, Koskoff & Bieder**
       **350 Fairfield Avenue**
       **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.3**
☐ Schedule G _____
**Free Speech Systems LLC**

---

3.76   **Jillian Soto**
       **c/o Koskoff Koskoff Bieder**
       **ATTN PRESIDENT**
       **350 Fairfield Avenue**
       **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.4**
☐ Schedule G _____
**Genesis Communications Network**

---

3.77   **Jillian Soto**
       **c/o Koskoff Koskoff Bieder**
       **ATTN PRESIDENT**
       **350 Fairfield Avenue**
       **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.5**
☐ Schedule G _____
**Infowars Health LLC**

---

3.78   **Jillian Soto**
       **c/o Koskoff, Koskoff & Bieder**
       **350 Fairfield Avenue**
       **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.6**
☐ Schedule G _____
**Infowars, LLC**

---

3.79   **Jillian Soto**
       **c/o Koskoff, Koskoff & Bieder**
       **350 Fairfield Avenue**
       **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.7**
☐ Schedule G _____
**Midas Resources Inc**

---

3.80   **Jillian Soto**
       **c/o Koskoff, Koskoff & Bieder**
       **350 Fairfield Avenue**
       **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.9**
☐ Schedule G _____
**Wolfgang Halbig**

---

Zoho Sign Document ID: 8AHMXLBFTDAV3SDSYM0BSWP1HL6WL8HGXL9EEUCPQBC

| Debtor 1 | **Erica L. Garbatini** | Case number *(if known)* | **18-51587** |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.81 **Jillian Soto**
c/o Koskoff Koskoff Bieder
ATTN PRESIDENT
350 Fairfield Avenue
Bridgeport, CT 06604

☐ Schedule D, line _____
■ Schedule E/F, line __4.8__
☐ Schedule G _____
**Prison Planet TV LLC**

3.82 **Mark Barden**
c/o Koskoff Koskoff Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

☐ Schedule D, line _____
■ Schedule E/F, line __4.1__
☐ Schedule G _____
**Alec Emric Jones**

3.83 **Mark Barden**
c/o Koskoff Koskoff Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

☐ Schedule D, line _____
■ Schedule E/F, line __4.2__
☐ Schedule G _____
**Cory Sklanka**

3.84 **Mark Barden**
c/o Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

☐ Schedule D, line _____
■ Schedule E/F, line __4.3__
☐ Schedule G _____
**Free Speech Systems LLC**

3.85 **Mark Barden**
c/o Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

☐ Schedule D, line _____
■ Schedule E/F, line __4.4__
☐ Schedule G _____
**Genesis Communications Network**

3.86 **Mark Barden**
c/o Koskoff Koskoff Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

☐ Schedule D, line _____
■ Schedule E/F, line __4.5__
☐ Schedule G _____
**Infowars Health LLC**

3.87 **Mark Barden**
c/o Koskoff Koskoff Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

☐ Schedule D, line _____
■ Schedule E/F, line __4.6__
☐ Schedule G _____
**Infowars, LLC**

Debtor 1  **Erica L. Garbatini**                                    Case number *(if known)*  **18-51587**

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**                                   *Column 2:* **The creditor to whom you owe the debt**
                                                                Check all schedules that apply:

3.88  **Mark Barden**
      **c/o Koskoff, Koskoff & Bieder**
      **350 Fairfield Avenue**
      **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.7**
☐ Schedule G _____
**Midas Resources Inc**

3.89  **Mark Barden**
      **c/o Koskoff Koskoff Bieder**
      **350 Fairfield Avenue**
      **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.8**
☐ Schedule G _____
**Prison Planet TV LLC**

3.90  **Mark Barden**
      **c/o Koskoff, Koskoff & Bieder**
      **350 Fairfield Avenue**
      **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.9**
☐ Schedule G _____
**Wolfgang Halbig**

3.91  **Nicole Hockley**
      **c/o Koskoff Koskoff Bieder**
      **ATTN PRESIDENT**
      **350 Fairfield Avenue**
      **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.1**
☐ Schedule G _____
**Alec Emric Jones**

3.92  **Nicole Hockley**
      **c/o Koskoff Koskoff Bieder**
      **ATTN PRESIDENT**
      **350 Fairfield Avenue**
      **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.2**
☐ Schedule G _____
**Cory Sklanka**

3.93  **Nicole Hockley**
      **c/o Koskoff Koskoff Bieder**
      **ATTN PRESIDENT**
      **350 Fairfield Avenue**
      **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.3**
☐ Schedule G _____
**Free Speech Systems LLC**

3.94  **Nicole Hockley**
      **c/o Koskoff Koskoff Bieder**
      **ATTN PRESIDENT**
      **350 Fairfield Avenue**
      **Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.4**
☐ Schedule G _____
**Genesis Communications Network**

Debtor 1    **Erica L. Garbatini**                                    Case number *(if known)*    **18-51587**

▉ **Additional Page to List More Codebtors**

*Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt
Check all schedules that apply:

3.95    **Nicole Hockley**
**c/o Koskoff Koskoff Bieder**
**ATTN PRESIDENT**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.5**
☐ Schedule G _____
**Infowars Health LLC**

3.96    **Nicole Hockley**
**c/o Koskoff Koskoff Bieder**
**ATTN PRESIDENT**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.6**
☐ Schedule G _____
**Infowars, LLC**

3.97    **Nicole Hockley**
**c/o Koskoff Koskoff Bieder**
**ATTN PRESIDENT**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.7**
☐ Schedule G _____
**Midas Resources Inc**

3.98    **Nicole Hockley**
**c/o Koskoff Koskoff Bieder**
**ATTN PRESIDENT**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.8**
☐ Schedule G _____
**Prison Planet TV LLC**

3.99    **Nicole Hockley**
**c/o Koskoff Koskoff Bieder**
**ATTN PRESIDENT**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.9**
☐ Schedule G _____
**Wolfgang Halbig**

3.100    **William Aldenberg**
**c/o Koskoff Koskoff Bieder**
**ATTN PRESIDENT**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.1**
☐ Schedule G _____
**Alec Emric Jones**

3.101    **William Aldenberg**
**c/o Koskoff Koskoff Bieder**
**ATTN PRESIDENT**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.2**
☐ Schedule G _____
**Cory Sklanka**

Debtor 1  **Erica L. Garbatini**                                           Case number *(if known)*   **18-51587**

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**                                    *Column 2:* **The creditor to whom you owe the debt**
                                                                 Check all schedules that apply:

3.10
2
**William Aldenberg**
c/o Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

☐ Schedule D, line _____
■ Schedule E/F, line  **4.3**
☐ Schedule G _____
**Free Speech Systems LLC**

3.10
3
**William Aldenberg**
c/o Koskoff Koskoff Bieder
ATTN PRESIDENT
350 Fairfield Avenue
Bridgeport, CT 06604

☐ Schedule D, line _____
■ Schedule E/F, line  **4.4**
☐ Schedule G _____
**Genesis Communications Network**

3.10
4
**William Aldenberg**
c/o Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

☐ Schedule D, line _____
■ Schedule E/F, line  **4.5**
☐ Schedule G _____
**Infowars Health LLC**

3.10
5
**William Aldenberg**
c/o Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

☐ Schedule D, line _____
■ Schedule E/F, line  **4.6**
☐ Schedule G _____
**Infowars, LLC**

3.10
6
**William Aldenberg**
c/o Koskoff Koskoff Bieder
ATTN PRESIDENT
350 Fairfield Avenue
Bridgeport, CT 06604

☐ Schedule D, line _____
■ Schedule E/F, line  **4.7**
☐ Schedule G _____
**Midas Resources Inc**

3.10
7
**William Aldenberg**
c/o Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

☐ Schedule D, line _____
■ Schedule E/F, line  **4.8**
☐ Schedule G _____
**Prison Planet TV LLC**

3.10
8
**William Aldenberg**
c/o Koskoff Koskoff Bieder
ATTN PRESIDENT
350 Fairfield Avenue
Bridgeport, CT 06604

☐ Schedule D, line _____
■ Schedule E/F, line  **4.9**
☐ Schedule G _____
**Wolfgang Halbig**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Erica L. Garbatini** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT | | |
| Case number (if known) | **18-51587** | | |

■ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

x  *Erica Lafferty*                                   x _____

**Erica L. Garbatini**   n/k/a Erica Lafferty                Signature of Debtor 2
Signature of Debtor 1

Date  **July 12, 2021**      Jul 12 2021 12:44 EDT          Date _____

Official Form 106Dec                    **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy