ct200 06/2021

# United States Bankruptcy Court

### District of Connecticut



In re:

Erica L. Garbatini

Case Number: 18-51587

Chapter: 7

Debtor*

## ORDER SETTING BANKRUPTCY CASE DEADLINES FOR ADDED CREDITORS

The above-referenced Debtor filed a Chapter 7 case on December 5, 2018. A Notice of Chapter 7 Bankruptcy Case, ECF No. 3, was served on all creditors listed on the list of creditors and/or schedule of assets and liabilities, which contained bankruptcy case deadlines for filing proofs of claim, a motion or complaint to object to the Debtor's discharge, a complaint to determine dischargeability of a debt, and an objection to the Debtor's list of claimed exemptions.

On July 12, 2021, the Debtor filed Amended Schedule(s) EF, ECF No. 97, adding creditors (the "Affected Creditors"), to the Debtor's bankruptcy case. The Affected Creditors have not been provided with adequate notice and service of the bankruptcy case deadlines contained in the Notice of Chapter 7 Bankruptcy Case.

**THEREFORE, IT IS HEREBY ORDERED**: The bankruptcy case deadlines for the Affected Creditors are:

1. September 27, 2021, to file a Proof of Claim;
2. September 15, 2021, to file a motion under § 727 (a)(8) or (a)(9) objecting to the Debtor's discharge or a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727, and/or a complaint to determine the dischargeability of a debt under § 523(c);
3. August 16, 2021, to file an objection to the Debtor's list of claimed exemptions. It is further

**ORDERED:** At or before 5:00 p.m. on July 14, 2021, the Clerk's Office shall serve this Order on the Affected Creditors listed on the amended Schedule(s) EF.

Dated: July 14, 2021

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.