UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No. 18-51587 |
| ERICA L. GARBATINI, | Chapter 7 |
| Debtor, | |

### CREDITORS RESPONSE TO WITHDRAWAL OF TRUSTEES' OBJECTIONS

Creditors Alex Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, and Prison Planet TV, LLC (collectively, the "Movants"), filed a Motion for Relief from, or to Vacate or Void, Chapter 7 Trustee's Sale of Litigation Claims Back to the Debtor (the "Motion", ECF No. 36) as a contested matter with proper notice (ECF No. 36-4) and proposed order (ECF No. 36-3) given.  As set forth in the Motion, the Movants requested:

> that the Court reconsider, grant relief from, or vacate or void the Chapter 7 Trustee's sale of the Litigation Claims in the State Court Case back to the Debtor, and entertain a higher and better offer from the Movants for such claims.

(ECF No. 36).  Although Trustee Richard M. Coan originally filed an objection thereto (ECF No. 65), that objection has been withdrawn (ECF No. 108) and he now "consent[s] to the granting of the Motion".  No other party, including Debtor or any other Creditor, has objected to the relief requested in that motion.  Pursuant to Local Bankr. R. 9014-1(d)(2), the proposed order may enter without further notice or hearing.  Although the Trustee in his withdrawal indicated he does not consent to the form of the proposed order, he does not identify any concerns therewith or offer any alternate language.

While the Trustee may yet move for an order to approve an unspecified settlement of Debtor's pre-petition claims against Creditors Midas Resources, Inc., and Wolfgang Halbig, such intent should not stand in the way of the relief sought and consented-to in the subject Motion: that

1

the sale be vacated and deemed voided, and that Movants (and any other interested party entitled to notice) be permitted to now bid to purchase the litigation claims identified in the Notice of Sale of Property of Estate (ECF No. 28), in which the Trustee explicitly extended the opportunity for any other person to make an offer. That Notice of Sale has not been withdrawn and, just as the Trustee was willing to permit other creditors to make higher offers, Movants must now be allowed that same opportunity to vindicate the due process basis for the Motion that the Trustee now consents-to.

WHEREFORE Movants respectfully request this Honorable Court enter the previously proposed order.

Dated: July 16, 2021.                    Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman – ct29129 of
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
P: 702-420-2001
F: 305-437-7662
ecf@randazza.com
*Counsel for Creditors Alex E. Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, & Prison Planet TV, LLC*

## **CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that on July 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

I FURTHER CERTIFY that on July 16, 2021, a true and correct copy of the foregoing document was deposited in the United States Mail, first class postage prepaid, properly addressed to each of the following:

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Holley L. Claiborn on behalf of U.S. Trustee
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

/s/ Jay M. Woman ct29129
Jay M. Wolman