# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re:
ERICA L. GARBATINI
a/k/a ERICA LAFFERTY
a/k/a ERICA SMEGIELSKI

Case No. 18-51587

Debtor(s).

## NOTICE OF APPEARANCE OF COUNSEL
## AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appears for Erica L. Garbatini a/k/a Erica Lafferty a/k/a Erica Smegielski, the debtor in the above-captioned bankruptcy case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned demands that all notices given or required to be given in this case and all papers, documents, and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office, Post Office address, email address, and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, every order, application, motion, petition, pleading, plan, request, complaint, demand, or other document which is filed with or brought before this Court or which affects the Debtor or the property of the Debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, email, telex, or otherwise.

/s/ Eric S. Goldstein
Attorney's Signature

Dated: July 20, 2021

Eric S. Goldstein
Attorney's Printed Name

Law Firm Name  Shipman & Goodwin LLP

Law Firm Mailing Address  One Constitution Plaza

City  Hartford    State  CT    Zip Code  06103

Attorney's Email Address  egoldstein@goodwin.com

Attorney's Phone Number  (860) 251-5000

Attorney's Federal Bar Number  ct27195

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| ERICA L. GARBATINI | : | Case No. 18-51587 (JAM) |
| a/k/a ERICA LAFFERTY | : | |
| a/k/a ERICA SMEGLIESKI | : | |
| | : | |
| Debtor. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2021, a copy of the foregoing *Notice of Appearance* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Via First Class Mail

Debtor
Erica L. Garbatini
33 Hart Street
Watertown, CT 06795

Debtor's Attorney
Suzann Beckett
Upright Law
543 Prospect Avenue
Hartford, CT 06105

Chapter 7 Trustee's Counsel
William M. Bloss
Koskoff, Koskoff & Bieder, PC
350 Fairfield Avenue
Bridgeport, CT 06604

<u>U.S. Trustee's Office</u>
Office of The United States Trustee
Holley L. Claiborn
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

AMG Watertown Office
Attn: President/Manager
1801 W Olympic Blvd.
Pasadena, CA 91199-0001

AT&T
Attn: President/Manager
P.O. Box 10330
Fort Wayne, IN 46851-0330

Advanced Call Ctr Technologies
Attn: President/Manager
P.O. Box 9091
Johnson City, TN 37615-9091

Alex E. Jones
Free Speech Systems, LLC
Infowars Health, LLC
Infowars, LLC
Prison Planet TV, LLC
c/o Jay M. Wolman
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor,
Hartford, Connecticut 06103-4500

American Express
Attn: President/Manager
P.O. Box 1270
Newark, NJ 07101-1270

American Express National Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Capital One, N.A.
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Carmax  
Attn: President/Manager  
P.O. Box 440609  
Kennesaw, GA 30160-9511  

Chrysler Capital  
Attn: President/Manager  
P.O. Box 660335  
Dallas, TX 75266-0335  

Citibank  
Attn: President/Manager  
P.O. Box 183037  
Columbus, OH 43218-3037  

Comenity  
Attn: President/Manager  
P.O. Box 182125  
Columbus, OH 43218-2125  

Credit First National Association  
Attn: Bankruptcy  
P.O. Box 81315  
Cleveland, OH 44181-0315  

Kay Jewelers  
Attn: President/Manager  
P.O. Box 182125  
Columbus, OH 43218-2125  

Kohl's  
Attn: President/Manager  
P.O. Box 3043  
Milwaukee, WI 53201-3043  

Mark Garbatini  
33 Hart Street  
Watertown, CT 06795-2722  

Optimum  
Attn: President/Manager  
P.O. Box 742698  
Cincinnati, OH 45274-2698

PMH Alliance Medical Group
Attn: President/CEO
1801 W. Olympic Boulevard
Pasadena, CA 91199-0001

Prime Lending
Attn: President/Manager
18111 Preston Road
Dallas, TX 75252-5470

Radiologic Associates PC
Attn: President/Manager
P.O. Box 277
Bristol, CT 06011-0277

Radius Global Solutions LLC
Attn: President/Manager
500 North Franklin Turnpike, Suite 200
Ramsey, NJ 07446-1160

Santander Consumer
Attn: President/Manager
P.O. Box 660663
Dallas, TX 75266

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

TD Bank, N.A.
Payment Processing
P.O. Box 16029
Lewiston, ME 04243-9507

Walmart
Attn: President/Manager
702 SW 8th Street
Bentonville, AR 72716-6299

Waterbury CT Teachers Federal Credit Union
c/o Melissa L. Simonik
1001 Farmington Avenue, Suite 303
Bristol, CT 06010-3990

Waterbury Ct Teachers FCU
Attn: President/CEO
773 Straits Turnpike
Middlebury, CT 06762-2852

Waterbury Hospital, Prospect Waterbury, Inc.
Attn: President/CEO
1801 W. Olympic Boulevard
Pasadena, CA 91199-2205

Watertown Fire District
Attn: Tax Collector
24 Deforest Street
Watertown, CT 06795-2197


Dated at Hartford, Connecticut, this 20th day of July, 2021.


                                                /s/ Eric S. Goldstein
                                                Eric S. Goldstein