UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| IN RE: | ) | CASE NO. | 18-51587 |
| | ) | | |
| ERICA L. GARBATINI, | ) | CHAPTER | 7 |
|     Debtor. | ) | | |
| | ) | RE: ECF NO. | 36, 41 |

**ORDER GRANTING IN PART MOTION FOR RELIEF FROM JUDGMENT/ORDER PURSUANT TO FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024**

The Court having considered the Motion for Relief from, or to Vacate or Void, Chapter 7 Trustee's Sale of Litigation Claims Back to the Debtor filed by Alex Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, and Prison Planet TV, LLC (collectively, the "Movants"), which the Court deemed to be a Motion for Relief from Judgment/Order Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024 on May 14, 2021 (the "Motion," *see* ECF Nos. 36, 41); and Richard M. Coan (the "Trustee") having filed an Objection to the Motion (ECF No. 65), and having withdrawn his objection to the Motion (ECF No. 108); and the Court having held a hearing on the Motion on August 17, 2021 (the "Hearing") during which the parties were instructed to submit proposed orders in connection with the Motion; it is hereby

**ORDERED**: For the reasons stated on the record during the Hearing, the Motion is granted insofar as it seeks to void the sale of property of the bankruptcy estate as defined and described in the Trustee's Notice Of Sale Of Property Of The Estate And Opportunity For Objections Thereto (the "Sale," ECF No. 28); and it is further

**ORDERED**: The Trustee shall return the proceeds of the Sale from the bankruptcy estate to the Connecticut Superior Court in connection with the pending lawsuit styled *Erica*

*Lafferty, et al. v. Alex Jones, et al.*, UWY-CV18-6046436-S within twenty-one (21) days of the date of this Order.

Dated at Bridgeport, Connecticut this 13th day of September, 2021.

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut