## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>ERICA L. GARBATINI,<br><br>      Debtor, | Case No. 18-51587<br>Chapter 7 |

**NOTICE OF CONTESTED MATTER RESPONSE DEADLINE**

Movants, Jay M. Wolman and Randazza Legal Group, PLLC, who have appeared ans counsel for Creditors Alex Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, and Prison Planet TV, LLC (collectively, the "Movants"), have filed an Motion to Withdraw as Counsel (the "Motion", ECF No.  155), a contested matter in the above-captioned case.  Notice is hereby given that any response to the Motion must be filed with the Court no later than 21 days from today.  In the absence of a timely filed response, the proposed order in the contested matter *may* enter without further notice and hearing, see 11 U.S.C. § 102(1).

Dated: April 8, 2022

Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman – ct29129 of
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
P: 702-420-2001
F: 305-437-7662
ecf@randazza.com
*Counsel for Movants Alex E. Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, & Prison Planet TV, LLC*

## <u>CERTIFICATION OF SERVICE</u>

I HEREBY CERTIFY that on April 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Further, a true and correct copy of the foregoing document has been served upon Plaintiffs this day by First Class mail, postage prepaid, as follows:

Free Speech Systems, LLC
PO Box 19549
Austin, TX 78760

Infowars, LLC
3005 S. Lamar Blvd, Ste. D109 317
Austin, DC 78704

Infowars Health, LLC
PO Box 19549
Austin, TX 78760

Prison Planet TV, LLC
3005 S. Lamar Blvd, Ste. D109 317
Austin, DC 78704

Alex Jones
PO Box 19549
Austin, TX 79760

/s/ Jay M. Woman ct29129

Jay M. Wolman