# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>ERICA L. GARBATINI,<br><br>    Debtor, | Case No. 18-51587<br>Chapter 7 |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Movants, Jay M. Wolman and Randazza Legal Group, PLLC, who appeared in this matter as counsel for Creditors Alex Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, and Prison Planet TV, LLC (collectively, the "Movants"), have filed a Motion to Withdraw as Counsel (the "Motion", ECF No. 155).

Movants have been discharged by the said Creditors and no party will suffer any prejudice by such withdrawal. After notice and a hearing, the Court finds that good cause exists to permit Movants to withdraw; it is hereby

**ORDERED:** The Motion is allowed. The Clerk shall remove the appearance of Jay M. Wolman and Randazza Legal Group, PLLC, as counsel for Creditors on the docket.

United States Bankruptcy Court

District of Connecticut

450 Main Street, 7th Floor

Hartford, CT 06103

1