United States Bankruptcy Court
District of Connecticut

In re:     Case No. 18-51587-jam
Erica L. Garbatini     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-5     User: admin     Page 1 of 4
Date Rcvd: Apr 13, 2022     Form ID: pdfdoc1     Total Noticed: 76

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erica L. Garbatini, 33 Hart St., Watertown, CT 06795-2722 |
| aty | + | Koskoff, Koskoff & Bieder, PC, Attn: William M. Bloss, 350 Fairfield Avenue, Bridgeport, CT 06604-6002 |
| cr | | Waterbury CT Teachers Federal Credit Union, 997 Straits Turnpike, Middlebury, CT 06762 |
| 8983220 | +++ | AMG Watertown Office, Attn: President/Manager, 1801 W Olympic Blvd, Pasadena, CA 91199-0001 |
| 8983221 | +++ | AT&T, Attn: President/Manager, P.O. Box 10330, Fort Wayne, IN 46851-0330 |
| 8983218 | +++ | Advanced Call Ctr Technologies, Attn: President/Manager, P.O. Box 9091, Johnson City, TN 37615-9091 |
| 9303743 | + | Alec Emric Jones, c/o Jay Marshall Wolman, Esq., 100 Pearl Street, 14th Floor, Hartford, CT 06103-4500 |
| 9290997 | + | Alex E. Jones, c/o Randazza Legal Group PLLC, 100 Pearl Street, 14th Floor, Jay M. Wolman, Esq., Hartford, CT 06103-4500 |
| 8983219 | +++ | American Express, Attn: President/Manager, P.O. Box 1270, Newark, NJ 07101-1270 |
| 8983222 | +++ | Capital One, Attn: President/Manager, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 9303744 | + | Carlee Soto-Parisi, c/o Koskoff, Koskoff & Bieder, 350 Fairfield Avenue, Bridgeport, CT 06604-6014 |
| 9303745 | + | Carlos Soto, c/o Koskoff, Koskoff & Bieder, 350 Fairfield Avenue, Bridgeport, CT 06604-6014 |
| 8983223 | +++ | Carmax, Attn: President/Manager, PO Box 440609, Kennesaw, GA 30160-9511 |
| 9303746 | + | Christopher Morgan La Tronica, 34 N 7th Street, Brooklyn, NY 11249-3780 |
| 8983224 | +++ | Chrysler Capital, Attn: President/Manager, P.O. Box 660335, Dallas, TX 75266-0335 |
| 8983225 | +++ | Citibank, Attn: President/Manager, P.O. Box 183037, Columbus, OH 43218-3037 |
| 8983226 | +++ | Comenity, Attn: President/Manager, P.O. Box 182125, Columbus, OH 43218-2125 |
| 9303747 | + | Cory Sklanka, 515 Gracey Avenue, Meriden, CT 06451-2253 |
| 9303748 | + | David Wheeler, c/o Koskoff, Koskoff & Bieder, 350 Fairfield Avenue, Bridgeport, CT 06604-6014 |
| 9303749 | + | Donna Soto, c/o Koskoff, Koskoff & Bieder, 350 Fairfield Avenue, Bridgeport, CT 06604-6014 |
| 9303770 | + | Erica Garbatini, 33 Hart Street, Watertown, CT 06795-2722 |
| 9303750 | + | Esty & Buckmir LLC, Attn: President, 2340 Whitney Avenue, Hamden, CT 06518-3511 |
| 9303751 | + | Francine Wheeler, c/o Koskoff, Koskoff & Bieder, 350 Fairfield Avenue, Bridgeport, CT 06604-6014 |
| 9303752 | + | Free Speech Systems LLC, c/o Randazza Legal Group PLLC, 100 Pearl Street, 14th Floor, Jay M. Wolman, Esq., Hartford, CT 06103-4500 |
| 9291000 | + | Free Speech Systems, LLC, c-o Jay M. Wolman, Randazza Legal Group, PLLC, 100 Pearl Street, 14th Floor, Hartford, Connecticut 06103-4500 |
| 9303754 | | Genesis Communications Network, Attn President, 3105 Sibley Memorial Highway, Saint Paul, MN 55121 |
| 9303753 | + | Gensis Communications Network, Attn President, c/o Brignole & Bush LLC, 73 Wadsworth Street, Hartford, CT 06106-1732 |
| 9303755 | + | Ian Hockley, c/o Koskoff, Koskoff & Bieder, 350 Fairfield Avenue, Bridgeport, CT 06604-6014 |
| 9303756 | + | Infowars Health LLC, c/o Randazza Legal Group PLLC, 100 Pearl Street, 14th Floor, Jay M. Wolman, Esq., Hartford, CT 06103-4500 |
| 9290999 | + | Infowars Health, LLC, c-o Jay M. Wolman, Randazza Legal Group, PLLC, 100 Pearl Street, 14th Floor, Hartford, Connecticut 06103-4500 |
| 9290998 | + | Infowars, LLC, c-o Jay M. Wolman, Randazza Legal Group, PLLC, 100 Pearl Street, 14th Floor, Hartford, Connecticut 06103-4500 |
| 9303757 | + | Infowars, LLC, c/o Randazza Legal Group PLLC, 100 Pearl Street, 14th Floor, Jay M. Wolman, Esq., Hartford, CT 06103-4500 |
| 9303758 | + | Jacqueline Barden, c/o Koskoff, Kosoff & Bieder, 350 Fairfield Avenue, Bridgeport, CT 06604-6014 |
| 9303759 | + | Jennifer Hensel, c/o Koskoff, Koskoff & Bieder, 350 Fairfield Avenue, Bridgeport, CT 06604-6014 |
| 9303760 | + | Jillian Soto, c/o Koskoff, Koskoff & Bieder, 350 Fairfield Avenue, Bridgeport, CT 06604-6014 |
| 8983231 | +++ | Kay Jewelers, Attn: President/Manager, P.O. Box 182125, Columbus, OH 43218-2125 |
| 8983232 | +++ | Kohl's, Attn: President/Manager, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 9303761 | + | Mark Barden, c/o Koskoff, Koskoff & Bieder, 350 Fairfield Avenue, Bridgeport, CT 06604-6014 |
| 9303763 | | Midas Resources Inc., Attn: President, 3105 Sibley Memorial Highway, Saint Paul, MN 55121 |
| 9303762 | + | Midas Resources Inc., c/o Wilson Elser Moskowitz et al, 1010 Washington Blvd., 8th Floor, Stamford, CT 06901-2202 |
| 9303764 | + | Nicole Hockley, c/o Koskoff, Koskoff & Bieder, 350 Fairfield Avenue, Bridgeport, CT 06604-6014 |
| 8983234 | +++ | Optimum, Attn: President/Manager, P.O. Box 742698, Cincinnati, OH 45274-2698 |

Case 18-51587  Doc 157  Filed 04/15/22  Entered 04/16/22 00:15:51  Page 2 of 5

| District/off: 0205-5 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2022 | Form ID: pdfdoc1 | Total Noticed: 76 |

| | | |
|---|---|---|
| 8983235 | + | PMH Alliance Medical Group, Attn: President/CEO, 1801 W. Olympic Boulevard, Pasadena, CA 91199-0001 |
| 9303765 | + | Pattis & Smith, Attn: President, 383 Orange Street, 1st Floor, New Haven, CT 06511-6468 |
| 8983236 | +++ | Prime Lending,, Attn: President/Manager, 18111 Preston Road, Dallas, TX 75252-5470 |
| 9303766 | + | Prison Planet TV LLC, c/o Randazza Legal Group PLLC, 100 Pearl Street, 14th Floor, Jay M. Wolman, Esq., Hartford, CT 06103-4500 |
| 9291001 | + | Prison Planet TV, LLC, c-o Jay M. Wolman, Randazza Legal Group, PLLC, 100 Pearl Street, 14th Floor, Hartford, Connecticut 06103-4500 |
| 9303767 | + | Prison Planet TV, LLC, Attn: President, 3005 S Lamar Blvd, Suite D109 307, Austin, TX 78704-8864 |
| 8983237 | +++ | Radiologic Associates PC, Attn: President/Manager, P.O. Box 277, Bristol, CT 06011-0277 |
| 8983238 | +++ | Radius Global Solutions LLC, Attn: President/Manager, 500 North Franklin Turnpike, Suite 200, Ramsey, NJ 07446-1160 |
| 8983239 | +++ | Santander Consumer, Attn: President/Manager, P.O. Box 660663, Dallas, TX 75266 |
| 8997984 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 8983241 | +++ | Walmart, Attn: President/Manager, 702 SW 8th Street, Bentonville, AR 72716-6299 |
| 9017142 | + | Waterbury CT Teachers Federal Credit Union, c-o Melissa L. Simonik, 1001 Farmington Avenue, Suite 303, Bristol, CT 06010-3990 |
| 8983242 | + | Waterbury Ct Teachers, 773 Straits Tpke, Middlebury, CT 06762-2852 |
| 8983243 | + | Waterbury Ct Teachers FCU, Attn: President/CEO, 773 Straits Turnpike, Middlebury, CT 06762-2852 |
| 8983244 | | Waterbury Hospital, Prospect Waterbury, Inc., Attn: President/CEO, 1801 W. Olympic Boulevard, Pasadena, CA 91199-2205 |
| 9022176 | + | Waterbury Hospital, 64 Robbins Street, Waterbury,CT 06708-2600 |
| 8983245 | +++ | Watertown Fire District, Attn: Tax Collector, 24 Deforest Street, Watertown, CT 06795-2197 |
| 9303769 | + | William Aldenberg, c/o Koskoff, Koskoff & Bieder, 350 Fairfield Avenue, Bridgeport, CT 06604-6014 |
| 9303771 | + | Wolfgang Halbig, 25526 Hawks Run Lane, Sorrento, FL 32776-7745 |

TOTAL: 61

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8993876 | | Email/PDF: bncnotices@becket-lee.com | Apr 13 2022 20:14:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 9017665 | | Email/PDF: bncnotices@becket-lee.com | Apr 13 2022 20:15:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 9034036 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2022 18:39:05 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 8983227 | + | Email/Text: BKPT@cfna.com | Apr 13 2022 18:30:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 8983228 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 13 2022 18:39:10 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 8996730 | | Email/Text: mrdiscen@discover.com | Apr 13 2022 18:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 8983229 | + | Email/Text: mrdiscen@discover.com | Apr 13 2022 18:30:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 8983230 | | Email/Text: bnc-bluestem@quantum3group.com | Apr 13 2022 18:31:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 8983518 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 13 2022 18:39:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 9011367 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2022 18:39:10 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 9031554 | | Email/Text: bnc-quantum@quantum3group.com | Apr 13 2022 18:31:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 9031553 | | Email/Text: bnc-quantum@quantum3group.com | Apr 13 2022 18:31:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 9008990 | + | Email/Text: bncmail@w-legal.com | Apr 13 2022 18:31:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 8983649 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2022 18:39:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0205-5 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2022 | Form ID: pdfdoc1 | Total Noticed: 76 |

| 8983240 | | Email/Text: bankruptcy@td.com | | |
|---|---|---|---|---|
| | | | Apr 13 2022 18:31:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Alex E. Jones |
| intp | | Free Speech Systems, LLC |
| intp | | Infowars Health, LLC |
| intp | | Infowars, LLC |
| intp | | Prison Planet TV, LLC |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 8993963 | * | American Express National Bank, c-o Becket & Lee LLP, P O Box 3001, Malvern, PA 19355-0701 |
| 9024390 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8983233 | ##+ | Mark Garbatini, 33 Hart Street, Watertown, CT 06795-2722 |
| 9303768 | ##+ | Regnier Taylor Curran Eddy, Attn: President, 100 Pearl Street, 4th Floor, Hartford, CT 06103-4500 |

TOTAL: 5 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric A. Henzy | on behalf of Trustee Richard M. Coan ehenzy@zeislaw.com  cjervey@zeislaw.com |
| Eric S. Goldstein | on behalf of Debtor Erica L. Garbatini egoldstein@goodwin.com  bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| Eric S. Goldstein | on behalf of Defendant Erica L. Garbatini egoldstein@goodwin.com bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| Jay Marshall Wolman | on behalf of Interested Party Free Speech Systems  LLC jmw@randazza.com, ecf-6898@ecf.pacerpro.com |
| Jay Marshall Wolman | on behalf of Interested Party Prison Planet TV  LLC jmw@randazza.com, ecf-6898@ecf.pacerpro.com |
| Jay Marshall Wolman | on behalf of Plaintiff Infowars  LLC jmw@randazza.com, ecf-6898@ecf.pacerpro.com |
| Jay Marshall Wolman | on behalf of Plaintiff Free Speech Systems  LLC jmw@randazza.com, ecf-6898@ecf.pacerpro.com |
| Jay Marshall Wolman | |

| | |
|---|---|
| | on behalf of Plaintiff Alex E. Jones jmw@randazza.com  ecf-6898@ecf.pacerpro.com |
| Jay Marshall Wolman | |
| | on behalf of Plaintiff Prison Planet TV  LLC jmw@randazza.com, ecf-6898@ecf.pacerpro.com |
| Jay Marshall Wolman | |
| | on behalf of Plaintiff Infowars Health  LLC jmw@randazza.com, ecf-6898@ecf.pacerpro.com |
| Jay Marshall Wolman | |
| | on behalf of Interested Party Alex E. Jones jmw@randazza.com  ecf-6898@ecf.pacerpro.com |
| Jay Marshall Wolman | |
| | on behalf of Interested Party Infowars  LLC jmw@randazza.com, ecf-6898@ecf.pacerpro.com |
| Jay Marshall Wolman | |
| | on behalf of Interested Party Infowars Health  LLC jmw@randazza.com, ecf-6898@ecf.pacerpro.com |
| Jessica Signor | |
| | on behalf of Debtor Erica L. Garbatini jsignor@goodwin.com  bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| Jessica Signor | |
| | on behalf of Defendant Erica L. Garbatini jsignor@goodwin.com  bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| Melissa L Simonik | |
| | on behalf of Creditor Waterbury CT Teachers Federal Credit Union melissa@simoniklaw.com |
| Richard M. Coan | |
| | ct14@ecfcbis.com |
| U. S. Trustee | |
| | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 18

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No. 18-51587 |
| ERICA L. GARBATINI, | Chapter 7 |
| Debtor, | Re: ECF No. 155 |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Movants, Jay M. Wolman and Randazza Legal Group, PLLC, who appeared in this matter as counsel for Creditors Alex Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, and Prison Planet TV, LLC (collectively, the "Movants"), have filed a Motion to Withdraw as Counsel (the "Motion", ECF No. 155).

Movants have been discharged by the said Creditors and no party will suffer any prejudice by such withdrawal. It appears cause exists to permit Movants to withdraw; it is hereby

**ORDERED:** The Motion is granted. The Clerk shall remove the appearance of Jay M. Wolman and Randazza Legal Group, PLLC, as counsel for Creditors on the docket.

Dated at Bridgeport, Connecticut this 13th day of April, 2022.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

1