# Notice to Trustee

Employee SSN: _____          Case No:    1851587 _____

Employee Name:    ERICA  GARBATINI _____

Employer Name:    WALMART _____

Employer Address:    702 SOUTHWEST 8TH ST _____
                     MAIL STOP 0082 _____
                     BENTONVILLE, AR  72716 _____

Date bankruptcy received: _____
Debtor is _____ is not ____X____ employed

Debtor Status:  NOT EMPLOYED _____          Status Date: _____

Debtor last known address: _____
                           $U _____

Signature of Garnishee
Diana McChristian
Printed Name
Senior Payroll Director
Title
800-823-6731
Telephone Number

05/03/2022
Date

WMT1