Connecticut Local Form Change of Address                                                                                06/2020

# United States Bankruptcy Court
# District of Connecticut

| Name(s) of Debtor(s) listed on the bankruptcy case:<br>ERICA L. GARBATINI<br>a/k/a ERICA LAFFERTY<br>a/k/a ERICA SMEGIELSKI | Case No.: 18-51587<br>Adversary Proceeding No.: _____<br>Chapter: 7 |
|---|---|

## CHANGE OF MAILING ADDRESS FOR DEBTOR, CREDITOR or OTHER PARTY IN INTEREST

This change of mailing address is submitted by: *(Mark only one)*

☒ Debtor   ☐ Joint Debtor   ☐ Creditor   ☐ Other _____

*(Party in interest, plaintiff, defendant, professional retained by the estate, etc.)*

Full Name: Christopher M. La Tronica

*Separate forms must be completed for each requestor updating their address.*

**List the address previously provided to the Court:**

34 N. 7th Street
Street Address - Line 1

_____
Street Address - Line 2

_____
ATTN: Line (if applicable, for Creditor)

Brooklyn, New York 11249
City, State and Zip Code

**List the new address:**

34 N. 7th Street
(new) Street Address - Line 1

Apt. No. PH2B
(new) Street Address - Line 2

_____
(new) ATTN: Line (if applicable, for Creditor)

Brooklyn, New York 11249
(new) City, State and Zip Code

---

Jessica M. Signor                                    Counsel to Debtor
Filer's printed full name                            Title of corporate officer, partner, or agent (if applicable)

/s/ Jessica M. Signor                                03/23/2023
Filer's signature                                    Date