Connecticut Local Form Change of Address                                                                                06/2020

# United States Bankruptcy Court
# District of Connecticut

| Name(s) of Debtor(s) listed on the bankruptcy case: | Case No.: 18-51587 |
|---|---|
| ERICA L. GARBATINI  a/k/a ERICA LAFFERTY  a/k/a ERICA SMEGIELSKI | Adversary Proceeding No.:  Chapter: 7 |

## CHANGE OF MAILING ADDRESS FOR DEBTOR, CREDITOR or OTHER PARTY IN INTEREST

This change of mailing address is submitted by: *(Mark only one)*

☒ Debtor   ☐ Joint Debtor   ☐ Creditor   ☐ Other _____

*(Party in interest, plaintiff, defendant, professional retained by the estate, etc.)*

Full Name: Genesis Communications Network

*Separate forms must be completed for each requestor updating their address.*

List the address previously provided to the Court:

3105 Sibley Memorial Highway
Street Address - Line 1

_____
Street Address - Line 2

Attn. President
ATTN: Line (if applicable, for Creditor)

Saint Paul, MN 55121
City, State and Zip Code

List the new address:

190 Cobblestone Lane
(new) Street Address - Line 1

Attn. Officer, Managing or General Agent or
(new) Street Address - Line 2

Agent for Service of Process
(new) ATTN: Line (if applicable, for Creditor)

Burnsville, MN 55337-4578
(new) City, State and Zip Code

---

Jessica M. Signor
Filer's printed full name

Counsel to Debtor
Title of corporate officer, partner, or agent (if applicable)

/s/ Jessica M. Signor
Filer's signature

03/23/2023
Date