Connecticut Local Form Change of Address                                              06/2020

# United States Bankruptcy Court
# District of Connecticut

| Name(s) of Debtor(s) listed on the bankruptcy case:<br>ERICA L. GARBATINI<br>a/k/a ERICA LAFFERTY<br>a/k/a ERICA SMEGIELSKI | Case No.: 18-51587<br><br>Adversary Proceeding No.: _____<br><br>Chapter: 7 |
|---|---|

## CHANGE OF MAILING ADDRESS FOR DEBTOR, CREDITOR or OTHER PARTY IN INTEREST

This change of mailing address is submitted by: *(Mark only one)*

☒ Debtor    ☐ Joint Debtor    ☐ Creditor    ☐ Other _____

*(Party in interest, plaintiff, defendant, professional retained by the estate, etc.)*

Full Name: Alex Emric Jones

*Separate forms must be completed for each requestor updating their address.*

| List the address previously provided to the Court: | 100 Pearl Street, 14th Floor |
|---|---|
| | Street Address - Line 1 |
| | |
| | Street Address - Line 2 |
| | c/o Jay. M. Wolman |
| | ATTN: Line (if applicable, for Creditor) |
| | Hartford, CT 06103-4500 |
| | City, State and Zip Code |

| List the new address: | c/o Crowe & Dunlevy |
|---|---|
| | (new) Street Address - Line 1 |
| | Attn. Christina W. Stephenson & Vickie L. Driver, Esqs |
| | (new) Street Address - Line 2 |
| | 2525 McKinnon Street, Suite 425 |
| | (new) ATTN: Line (if applicable, for Creditor) |
| | Dallas, Texas 75201 |
| | (new) City, State and Zip Code |

| Jessica M. Signor | Counsel to Debtor |
|---|---|
| Filer's printed full name | Title of corporate officer, partner, or agent (if applicable) |

| /s/ Jessica M. Signor | 05/04/2023 |
|---|---|
| Filer's signature | Date |