## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ERICA L. ASH | ) | |
| | ) | CASE NO.    18-51587 (JAM) |
| a/k/a ERICA L. GARBATINI | ) | |
| a/k/a ERICA LAFFERTY | ) | |
| a/k/a ERICA SMEGIELSKI, | ) | CHAPTER    7 |
| | ) | |
| Debtor | ) | |
| | ) | |

## SEALED MOTION (I) TO SEAL
## DEBTOR'S CHANGE OF ADDRESS FORM AND (II) FOR PERMISSION TO USE DEBTOR'S COUNSEL'S ADDRESS AS DEBTOR'S ADDRESS ON AMENDED PETITION AND CASE DOCKET

Pursuant to 11 U.S.C. § 107, Fed. R. Bankr. P. 9037(a), Local Bankr. R. 9077-1, and D. Conn. L. Civ. R. 5(e)(4)(a), debtor Erica L. Ash ("Debtor") hereby moves this Court for entry of an order authorizing (i) the sealing of the Change of Mailing Address for Debtor, Creditor or Other Party in Interest (the "Change of Address Form") (ECF No. 167), (ii) the Debtor to use her counsel's address (c/o Shipman & Goodwin LLP, Attn: Eric Goldstein, One Constitution Plaza, Hartford, CT 06103) as her own address on an Amended Petition and on the docket of this case, and (iii) the sealing of the instant motion, the accompanying memorandum and declaration. The foregoing contain the Debtor's new address, which she wishes to keep private due to repeated death threats and harassment relating to the defamation case of Alex Jones. The Debtor and other plaintiffs sued Jones in Connecticut Superior Court over Jones' claims that the Sandy Hook Elementary School massacre in which the Debtor's mother was killed, was a hoax.

Pursuant to 11 U.S.C. § 107, Fed. R. Bankr. P. 9037(a), Local Bankr. R. 9077-1 and D. Conn. L. Civ. R. 5(e)(4)(a), and as further set forth in the accompanying Memorandum

of Law and the Declaration of Erica L. Ash filed herewith, the Debtor submits that an order (i) sealing the Change of Address Form, (ii) permitting the Debtor to use her counsel's address as her own address on an Amended Petition and on the court docket of this case, and (iii) sealing the instant motion, is necessary to preserve the Debtor's safety and security.

Based on the foregoing, the Debtor requests permission to (i) have the Change of Address form sealed, (ii) use her counsel's address as her own address on an Amended Petition and on the docket of this case, and (iii) to seal the instant motion, the accompanying memorandum, and declaration.  The Debtor will file the Change of Address Form under seal on the docket in accordance with Local Bankr. R. 9077-1 and D. Conn. L. Civ. R. 5(e).

WHEREFORE, for the foregoing reasons, the Debtor requests that the Court grant the Motion to Seal and enter an order (i) sealing the Change of Address form, (ii) permitting the Debtor use her counsel's address (c/o Shipman & Goodwin LLP, Attn: Eric Goldstein, One Constitution Plaza, Hartford, CT 06103) as her own address on an Amended Petition and on the docket of this case, and (iii) sealing the instant motion, the accompanying memorandum and the declaration.

Dated: May 16, 2023

Respectfully submitted,

By: /s/ *Jessica M. Signor*
    Shipman & Goodwin LLP
    Eric Goldstein (ct27195)
    One Constitution Plaza
    Hartford, CT 06013
    Telephone: (860) 251-5059
    egoldstein@goodwin.com
    Jessica M. Signor (ct30066)
    Shipman & Goodwin LLP
    300 Atlantic Street, 3rd Floor
    Stamford, Connecticut 06901-3522
    Telephone: (203) 324-8100
    jsignor@goodwin.com
    *Counsel for the Debtor*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 16, 2023, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

<u>/s/ *Jessica M. Signor*   </u>
Jessica M. Signor

20146086