# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE: ) <br> ) <br> ERICA L. ASH ) <br> ) <br> a/k/a ERICA L. GARBATINI ) <br> a/k/a ERICA LAFFERTY ) <br> a/k/a ERICA SMEGIELSKI, ) <br> ) <br> Debtor ) <br> ) | CASE NO.    18-51587 (JAM) <br><br> CHAPTER    7 |

**DECLARATION OF ERICA L. ASH IN SUPPORT OF DEBTOR'S MOTION TO DISMISS CHAPTER 7 CASE**
**UNDER SECTION 707(a) OF THE BANKRUPTCY CODE**

I, ERICA L. ASH, declare as follows:

1. I am over the age of eighteen (18) and believe in the obligations of an oath.

2. I make this declaration in support of my *Motion to Dismiss Chapter 7 Case Under Section 707(a) of the Bankruptcy Code*.

3. On December 5, 2018, I filed a petition under Chapter 7 of Title 11 of the United States Code. With my bankruptcy petition, I filed the Statements and Schedules[1].

4. To date, I have not paid any of the unsecured, undisputed, noncontingent, and liquidated claims listed on the Statements and Schedules where the creditor did not file a proof of claim. In addition, to date, I have not paid any of the unsecured creditors, who have filed proofs of claim in the amount listed in such documents.

5. To date, I repaid the amounts due and owing on the debt listed as "401k" on the Statements and Schedules in the amount of $5,963.01.

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the *Debtor's Motion to Dismiss Chapter 7 Case Under Section 707(a) of the Bankruptcy Code*.

SG-20690317.2

2

6. On or about June 14, 2022, I sold the real property located at 33 Hart Street, Watertown, Connecticut 06795. As part of the closing of the sale of this real property, the secured debts of Prime Lending and the Watertown Fire District were paid in full. A true and correct copy of the closing disclosure of that sale transaction is annexed hereto as **Exhibit 1**. Unfortunately, I was under the misimpression that I did not need to seek to have the Trustee abandon the real property and at the closing of the sale of the real property, there was equity in the real property, which I received in the amount $58,219.31. I was further under the misimpression that an exemption had been claimed for my homestead.

7. The only remaining debt listed as secured in the Statements and Schedules is a debt to Carmax in the total amount of $5,000.00, which represents amounts due and owing on a motor vehicle that had previously secured the debt but that is now completely destroyed.

8. In or about April 2023, at the age of thirty-seven (37), I was diagnosed with Stage II primary orbital lymphoma (that has now spread and is considered brain cancer) and Stage 0 cancer in my lymph nodes. More recently, just after my thirty-eighth (38th) birthday, I learned that my cancer had spread to my gastrointestinal tract. Given the nature of my cancer diagnosis, certain lifesaving cancer treatments are considered "experimental" by my health insurance and are, therefore, not covered by said insurance, which leaves me with no choice other than to pay such costs out-of-pocket. By way of example, on a daily basis, I take an oral chemotherapy medication called Chlorambucil to help shrink cancerous tumors that costs between $40,000.00 and $45,000.00 per month, which my health insurance does not cover. This example is representative of a single uncovered prescription and does not account for the costs of any other medications that may be uncovered for an existing diagnosis or for an additional diagnosis.

9. Although I have obtained certain grants and donations to cover certain payments for my non-covered medications, I am still paying several thousand dollars out of pocket every month for lifesaving medications.

10. At this point, I will be able to pay my out-of-pocket medication expenses through December 5, 2023; however, I will be unable to pay for the following rounds of medication that I need to begin no later than December 10, 2023, and again in early March 2024.

11. To ensure that I have sufficient funds to pay for the next two rounds of my cancer medication that starts on or about December 10, 2023, and in or about March 2024, I have determined that I have no option other than to take out a loan secured by my State Court Action Claims or sell such claims. At this point, I am seeking litigation funding relating to the State Court Action and/or proposals to buy the claims outright, so I can cover my out-of-pocket medication costs in the short term.

12. Whether I sell the State Court Action Claims or use them as collateral for a loan, potential counterparties have told me that I need to have my bankruptcy case dismissed and the State Court Action Claims abandoned back to me.

13. On January 21, 2019, with the assistance of counsel, I filed amended Schedule A/B and Schedule C. Pursuant to these amended schedules, I listed the pending State Court Action with an exemption. To disclose fully the State Court Action, unfortunately, these amended schedules were filled out incorrectly. I only intended to amend Schedules A/B and C to disclose the pending litigation against Jones, which had been inadvertently overlooked. I did not intend for these amended schedules to remove prior disclosures I made about my other property initially disclosed on Schedule A/B and Schedule C.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1 day of November, 2023.

*ELAsh*
Erica L. Ash

4

# EXHIBIT 1

# Closing Disclosure

## Closing Information

| | |
|---|---|
| Date Issued | 06/05/22 |
| Closing Date | 06/14/22 |
| Disbursement Date | 06/14/22 |
| Settlement Agent | Stutsky Law LLC |
| File # | LAFFERTY ERICA SALE |
| Property | 33 Hart Street Watertown, CT 06795 |
| Sale Price | $ 246,000.00 |

## Transaction Information

| | |
|---|---|
| Borrower | Andrea Baker |
| Seller | Erica Lafferty 33 Hart Street Watertown, CT 06795 |

## Summaries of Transactions

### SELLER'S TRANSACTION

| M. Due to Seller at Closing | | $ 247,194.00 |
|---|---|---|
| 01 | Sale Price of Property | $ 246,000.00 |
| 02 | Sale Price of Any Personal Property Included in Sale | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **Adjustments for Items Paid by Seller in Advance** | | |
| 09 | City/Town Taxes    6/14/22 to 6/30/22 | $ 192.84 |
| 10 | Oil adjustment    206 gals $4.86 | $ 1,001.16 |
| 11 | Assessments | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| N. Due from Seller at Closing | | $ 188,974.69 |
|---|---|---|
| 01 | Excess Deposit | |
| 02 | Closing Costs Paid at Closing (J) | $ 15,529.31 |
| 03 | Existing Loan(s) Assumed or Taken Subject to | |
| 04 | Payoff of First Mortgage Loan | $ 166,014.52 |
| 05 | Payoff of Second Mortgage Loan | |
| 06 | | |
| 07 | | |
| 08 | Seller Credit | $ 7,380.00 |
| 09 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| **Adjustments for Items Unpaid by Seller** | | |
| 14 | Sewer/ Water adjustment    5/16/22 to 6/14/22 | $ 50.86 |
| 15 | County Taxes | |
| 16 | Assessments | |
| 17 | | |
| 18 | | |
| 19 | | |

### CALCULATION

| | |
|---|---|
| Total Due to Seller at Closing (M) | $ 247,194.00 |
| Total Due from Seller at Closing (N) | - $ 188,974.69 |
| Cash ☐ From ☒ To Seller | $ 58,219.31 |

## Contact Information

### REAL ESTATE BROKER (B)

| | |
|---|---|
| Name | |
| Address | |
| CT License ID | |
| Contact | |
| Contact CT License ID | |
| Email | |
| Phone | |

### REAL ESTATE BROKER (S)

| | |
|---|---|
| Name | |
| Address | |
| CT License ID | |
| Contact | |
| Contact CT License ID | |
| Email | |
| Phone | |

### SETTLEMENT AGENT

| | |
|---|---|
| Name | Stutsky Law LLC |
| Address | 180 Church Street Naugatuck, CT 06770 |
| CT License ID | 430885 |
| Contact | Russell Stutsky |
| Contact CT License ID | |
| Email | russ@stutskylaw.com |
| Phone | (203)729-5217 |

### Confirm Receipt

_____
Erica Lafferty

## ~~Closi~~ng Cost Details

| Costs | | Seller-Paid | |
| --- | --- | --- | --- |
| | | At Closing | Before Closing |
| ~~Orig~~ination Charges | | | |
| ~~0~~ ~~%~~ of Loan Amount (Points) | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| ~~B. S~~ervices Borrower Did Not Shop For | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| ~~0~~7 | | | |
| ~~0~~8 | | | |
| ~~0~~9 | | | |
| ~~~~10 | | | |
| C. Services Borrower Did Shop For | | | |
| 01 | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |

### Other Costs

| E. Taxes and Other Government Fees | | | |
| --- | --- | --- | --- |
| 01 Recording Fees | Deed:    Mortgage: | $ 60.00 | |
| 02 Local Conveyance Tax | to Town Clerk | $ 615.00 | |
| 03 State Conveyance Tax | to Commissioner of Revenue Servic | $ 1,845.00 | |
| F. Prepaids | | | |
| 01 Homeowner's Insurance Premium (   mo.) | | | |
| 02 Mortgage Insurance Premium (   mo.) | | | |
| 03 Prepaid Interest (   per day from   to   ) | | | |
| 04 Property Taxes (   mo.) | | | |
| 05 | | | |
| G. Initial Escrow Payment at Closing | | | |
| 01 Homeowner's Insurance | per month for   mo. | | |
| 02 Mortgage Insurance | per month for   mo. | | |
| 03 Property Taxes | per month for   mo. | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 Aggregate Adjustment | | | |
| H. Other | | | |
| 01 Administrative Fee | to William Raveis | $ 195.00 | |
| 02 Commission | to William Raveis | $ 5,904.00 | |
| 03 Commission | to Showcase Realty | $ 5,904.00 | |
| 04 Fed-ex/wire fees | to Stutsky Law LLC | $ 50.00 | |
| 05 Release tarcking service | to Stutsky Law LLC | $ 150.00 | |
| 06 Seller attorney fee | to Stutsky Law LLC | $ 750.00 | |
| 07 | | | |
| 08 Water/sewer | to Watertown Fire district | $ 56.31 | |
| | | | |
| J. TOTAL CLOSING COSTS | | $ 15,529.31 | |

## sing Disclosure Form Addendum

ower(s):

ea Baker

ler(s):

:a Lafferty
Hart Street
itertown, CT 06795

| | |
|---|---|
| ettlement Agent: | Stutsky Law LLC<br>(203)729-5217 |
| iettlement Date: | June 14, 2022 |
| Property Location: | 33 Hart Street<br>Watertown, CT 06795 |

| Payoffs<br>Payee/Description | Seller-Paid | |
|---|---|---|
| | At Closing | Before Closing |
| Rocket Mortgage<br>    Payoff of First Mortgage Loan | $ 166,014.52 | |

**Confirm Receipt**

_____
Erica Lafferty

CLOSING DISCLOSURE ADDENDUM