<u>EXHIBIT B</u>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ERICA L. ASH | ) | |
| | ) | CASE NO.    18-51587 (JAM) |
| a/k/a ERICA L. GARBATINI | ) | |
| a/k/a ERICA LAFFERTY | ) | |
| a/k/a ERICA SMEGIELSKI, | ) | CHAPTER    7 |
| | ) | |
| Debtor | ) | |
| | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO DISMISS CHAPTER 7 CASE**
**UNDER SECTION 707(a) OF THE BANKRUPTCY CODE**

Upon the filing of the *Debtor's Motion to Dismiss Chapter 7 Case Under Section 707(a) of the Bankruptcy Code* (the "Motion"); and upon the Court's (i) consideration of the Motion and the relief requested therein; (ii) finding that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; (iii) determining that the legal and factual bases set forth in the Motion establish just cause for the relief sought herein; and (iv) due deliberation, and finding sufficient cause exists for the granting of the relief sought by the Motion, it is hereby

**ORDERED** that the Motion is granted and any objections thereto are overruled; and it is further

**ORDERED** that the Debtor's[1] bankruptcy case shall be dismissed; and it is further

**ORDERED** that the discharge that previously entered in the Debtor's case (ECF No. 15) shall be amended to reflect the exclusion of the Jones Entities from any such discharge; and it is further

---

[1] Any capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

2

**ORDERED** that the Jones Entities' claims are excluded from any order granting the Debtor's discharge in this case; and it is further

**ORDERED** that the Debtor will pay all creditors that timely filed proofs of claim (except the Jones Entities) or who were scheduled as non-contingent, undisputed, and liquidated, and such creditors' claims shall be paid with interest at the federal judgment rate applicable the week prior to the Petition Date with interest accruing from the Petition Date through October 31, 2023, within thirty (30) days of the entry of this Order in accordance with the amounts set forth on Exhibit A annexed hereto; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order and the claims of the Jones Entities.

Dated at Bridgeport, Connecticut this ___ day of _____, 2023.

_____
JULIE A. MANNING
UNITED STATES BANKRUPTCY JUDGE

2

**EXHIBIT A**

| Creditor Name | Interest | Claim Amount | |
|---|---|---|---|
| AMG Watertown Office | $7.95 | $60.00 | |
| AT&T | $6.63 | $50.00 | |
| Credit First National Association | $148.86 | $1,123.00 | |
| Credit One Bank | $122.75 | $926.00 | |
| Fingerhut | $99.68 | $752.00 | |
| Kay Jewelers | $581.40 | $4,386.00 | |
| Kohl's | $60.84 | $459.00 | |
| Optimum | $6.63 | $50.00 | |
| PMH Alliance Medical Group | $19.88 | $150.00 | |
| Santander Consumer | $860.40 | $6,491.00 | |
| Walmart | $46.93 | $354.00 | |
| Waterbury Ct Teachers | $317.88 | $2,398.00 | |
| Waterbury CT Teachers FCU | $1,148.36 | $8,663.00 | |
| Discover Bank | $1,163.70 | $8,778.76 | |
| TD Bank, N.A. | $525.32 | $3,962.95 | |
| Synchrony Bank | $162.03 | $1,222.35 | |
| PYOD, LLC Resurgent Capital Services | $130.19 | $982.10 | |
| Capital One, N.A. | $67.10 | $506.19 | |
| Waterbury Hospital | $33.14 | $250.00 | |
| American Express National Bank | $1,279.69 | $9,653.73 | |
| Quantum3 Group LLC as agent for Comenity Bank | $187.34 | $1,413.27 | |
| Quantum3 Group LLC as agent for Bluestem and SCUSA | $102.05 | $769.85 | |
| PYOD, LLC Resurgent Capital Services | $58.06 | $437.97 | |
| Citibank, N.A. | $321.89 | $2,428.30 | |
| Carmax | $659.36 | $5,000.00 | |
| **TOTALS** | **$8,118.06** | **$61,267.47** | **$69,385.53** |