## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: ) <br> ) <br> ERICA L. ASH ) <br> ) <br> a/k/a ERICA L. GARBATINI ) <br> a/k/a ERICA LAFFERTY ) <br> a/k/a ERICA SMEGIELSKI, ) <br> ) <br> Debtor ) <br> ) | CASE NO.    18-51587 (JAM) <br><br> CHAPTER    7 <br><br> RE: ECF NO. 197 |

**ORDER GRANTING DEBTOR'S MOTION TO DISMISS CHAPTER 7 CASE UNDER SECTION 707(a) OF THE BANKRUPTCY CODE**

Upon the filing of the *Debtor's Motion to Dismiss Chapter 7 Case Under Section 707(a) of the Bankruptcy Code* (the "Motion"); and upon the Court's (i) consideration of the Motion and the relief requested therein; (ii) finding that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; (iii) determining that the legal and factual bases set forth in the Motion establish just cause for the relief sought herein; (iv) due deliberation, and finding sufficient cause exists for the granting of the relief sought by the Motion as set forth on the record at the hearing held on November 21, 2023; and (v) there being no objections to the relief sought in the Motion, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Debtor's[1] bankruptcy case is hereby dismissed and Adversary Proceeding Number 21-05009 is also hereby dismissed; and it is further

**ORDERED** that the discharge that previously entered in the Debtor's case (ECF No. 15) shall be amended to reflect the exclusion of the Jones Entities from any such discharge; and it is further

---

[1] Any capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

**ORDERED** that the Jones Entities' claims are excluded from any order granting the Debtor's discharge in this case; and it is further

**ORDERED** that the Debtor intends to pay as soon as reasonably practicable all creditors that timely filed proofs of claim (except the Jones Entities) or who were scheduled as non-contingent, undisputed, and liquidated, and such creditors' claims, as set forth under the "Claim Amount" on Exhibit A annexed hereto, will be paid with interest at the federal judgment rate applicable the week prior to the Petition Date with interest accruing from the Petition Date through the approximate date of payment, unless such creditor expressly agrees in writing to an alternate treatment; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order; and it is further

**ORDERED** that this Order is effective immediately.

Dated at Bridgeport, Connecticut this 4th day of December, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

**EXHIBIT A**

| Creditor Name | Claim Amount |
| --- | --- |
| AMG Watertown Office | $60.00 |
| AT&T | $50.00 |
| Credit First National Association | $1,123.00 |
| Credit One Bank | $926.00 |
| Fingerhut | $752.00 |
| Kay Jewelers | $4,386.00 |
| Kohl's | $459.00 |
| Optimum | $50.00 |
| PMH Alliance Medical Group | $150.00 |
| Santander Consumer | $6,491.00 |
| Walmart | $354.00 |
| Waterbury Ct Teachers | $2,398.00 |
| Waterbury CT Teachers FCU | $8,663.00 |
| Discover Bank | $8,778.76 |
| TD Bank, N.A. | $3,962.95 |
| Synchrony Bank | $1,222.35 |
| PYOD, LLC Resurgent Capital Services | $982.10 |
| Capital One, N.A. | $506.19 |
| Waterbury Hospital | $250.00 |
| American Express National Bank | $9,653.73 |
| Quantum3 Group LLC as agent for Comenity Bank | $1,413.27 |
| Quantum3 Group LLC as agent for Bluestem and SCUSA | $769.85 |
| PYOD, LLC Resurgent Capital Services | $437.97 |
| Citibank, N.A. | $2,428.30 |
| Carmax | $5,000.00 |
| **TOTALS** | **$61,267.47** |