# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−5 | User: admin | Date Created: 12/4/2023 |
| Case: 18−51587 | Form ID: pdfdoc10 | Total: 93 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp      Prison Planet TV, LLC
intp      Infowars Health, LLC
intp      Free Speech Systems, LLC
intp      Infowars, LLC
intp      Alex E. Jones

                                                                                                                TOTAL: 5

**Recipients of Notice of Electronic Filing:**
tr      Richard M. Coan      ct14@ecfcbis.com
aty      Eric A. Henzy      ehenzy@zeislaw.com
aty      Eric S. Goldstein      egoldstein@goodwin.com
aty      Jessica Signor      jsignor@goodwin.com
aty      Matthew K. Beatman      mbeatman@zeislaw.com
aty      Melissa L Simonik      melissa@simoniklaw.com

                                                                                                                TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Erica L. Ash      c/o Shipman & Goodwin LLP      Attn: Eric Goldstein      One Constitution Plaza      Hartford, CT 06103
cr      Synchrony Bank      c/o PRA Receivables Management, LLC      P.O. Box 41021      Norfolk, VA 23541
cr      American Express National Bank      c/o Becket and Lee LLP      PO Box 3001      Malvern, PA 19355−0701
cr      Waterbury CT Teachers Federal Credit Union      997 Straits Turnpike      Middlebury, CT 06762
op      Walmart      Diana McChristian      702 Southwest 8th Street      PO. Box 82      Bentonville, AR 72716
cr      PRA Receivables Management LLC      PO Box 41021      Norfolk, VA 23541
aty      Koskoff, Koskoff & Bieder, PC      Attn: William M. Bloss      350 Fairfield Avenue      Bridgeport, CT 06604
8983220      AMG Watertown Office      Attn: President/Manager      1801 W Olympic Blvd      Pasadena, CA 91199
8983221      AT&T      Attn: President/Manager      Whitacre Tower      208 S. Akard Street      Dallas, TX 75202
8983218      Advanced Call Ctr Technologies      Attn: President/Manager      P.O. Box 9091      Johnson City, TN 37615−9091
9303743      Alec Emric Jones      c/o Crowe & Dunlevy      Attn: Christina W. Stephenson & Vickie L. Driver, Esqs      2525 McKinnon Street, Suite 425      Dallas, TX 75201
9290997      Alex E. Jones      c/o Crowe & Dunlevy      Attn: Christina W. Stephenson & Vickie L. Driver, Esqs      2525 McKinnon Street, Suite 425      Dallas, TX 75201
8983234      Altice USA,Inc.      Attn:President      One Court Square West      Long Island City , NY 11101
8983219      American Express      Attn: President/Manager      P.O. Box 1270      Newark, NJ 07101
8993963      American Express National Bank      c−o Becket & Lee LLP      P O Box 3001      Malvern, PA 19355−0701
8993876      American Express National Bank      c/o Becket and Lee LLP      PO Box 3001      Malvern PA 19355−0701
9024390      American Express National Bank      c/o Becket and Lee LLP      PO Box 3001      Malvern PA 19355−0701
8983222      Capital One      Attn: President/Manager      P.O. Box 30285      Salt Lake City, UT 84130−0285
9017665      Capital One, N.A.      c/o Becket and Lee LLP      PO Box 3001      Malvern PA 19355−0701
9303744      Carlee Soto−Parisi      c/o Koskoff, Koskoff & Bieder      350 Fairfield Avenue      Bridgeport, CT 06604
9303745      Carlos Soto      c/o Koskoff, Koskoff & Bieder      350 Fairfield Avenue      Bridgeport, CT 06604
8983223      Carmax      Attn: President/Manager      PO Box 440609      Kennesaw, GA 30160
9303746      Christopher Morgan La Tronica      34 N 7th Street      Apt. No. PH2B      Brooklyn, NY 11249
8983224      Chrysler Capital      Attn: President/Manager      P.O. Box 660335      Dallas, TX 75266
8983225      Citibank      Attn: President/Manager      388 Greenwich Street      14th Floor      New York, NY 10013
9034036      Citibank, N.A.      701 East 60th Street North      Sioux Falls, SD 57117
8983226      Comenity      Attn: President/Manager      P.O. Box 182125      Columbus, OH 43218
9303747      Cory Sklanka      515 Gracey Avenue      Meriden, CT 06451
8983227      Credit First National Association      Attn: Bankruptcy      Po Box 81315      Cleveland, OH 44181
8983228      Credit One Bank      Attn: Bankruptcy      Po Box 98873      Las Vegas, NV 89193
9303748      David Wheeler      c/o Koskoff, Koskoff & Bieder      350 Fairfield Avenue      Bridgeport, CT 06604
8996730      Discover Bank      Discover Products Inc      PO Box 3025      New Albany, OH 43054−3025
8983229      Discover Financial      Po Box 3025      New Albany, OH 43054
9303749      Donna Soto      c/o Koskoff, Koskoff & Bieder      350 Fairfield Avenue      Bridgeport, CT 06604
9303770      Erica Garbatini      86 E. Lake Street      Winchester, CT 06098
9303750      Esty & Buckmir LLC      Attn: President      2340 Whitney Avenue      Hamden, CT 06518
8983230      Fingerhut      Attn: Bankruptcy      Po Box 1250      Saint Cloud, MN 56395
9303751      Francine Wheeler      c/o Koskoff, Koskoff & Bieder      350 Fairfield Avenue      Bridgeport, CT 06604

| | | | | |
|---|---|---|---|---|
| 9303752 | Free Speech Systems LLC | 3005 South Lamar Boulevard, Suite D109–3 | Attn. Officer, Managing or General Agent | Agent for Service of Process    Austin, TX 78704 |
| 9291000 | Free Speech Systems, LLC | c–o Jay M. Wolman    Randazza Legal Group, PLLC | 100 Pearl Street, 14th Floor    Hartford, Connecticut 06103 | |
| 9303754 | Genesis Communications Network | Attn President    190 Cobblestone Lane    Burnsville, MN 55337–4578 | | |
| 9303753 | Gensis Communications Network | Attn President    c/o Brignole & Bush LLC    73 Wadsworth Street    Hartford, CT 06106 | | |
| 9303755 | Ian Hockley    c/o Koskoff, Koskoff & Bieder    350 Fairfield Avenue    Bridgeport, CT 06604 | | | |
| 9303756 | Infowars Health LLC n/k/a IWHealth, LLC    P O Box 19549    Attn: Officer, Managing or General Agent    Agent for Service of Process    Austin, TX 78760 | | | |
| 9290999 | Infowars Health, LLC    c–o Jay M. Wolman    Randazza Legal Group, PLLC    100 Pearl Street, 14th Floor    Hartford, Connecticut 06103 | | | |
| 9303757 | Infowars, LLC    c/o Randazza Legal Group PLLC    100 Pearl Street, 14th Floor    Jay M. Wolman, Esq.    Hartford, CT 06103 | | | |
| 9290998 | Infowars, LLC n/k/a Info W, LLC    3005 South Lamar Boulevard, Suite D109–3    Attn. Officer, Managing or General Agent    Agent for Service of Process    Austin, TX 78704 | | | |
| 9303758 | Jacqueline Barden    c/o Koskoff, Kosoff & Bieder    350 Fairfield Avenue    Bridgeport, CT 06604 | | | |
| 9303759 | Jennifer Hensel    c/o Koskoff, Koskoff & Bieder    350 Fairfield Avenue    Bridgeport, CT 06604 | | | |
| 9303760 | Jillian Soto    c/o Koskoff, Koskoff & Bieder    350 Fairfield Avenue    Bridgeport, CT 06604 | | | |
| 8983231 | Kay Jewelers    Attn: President/Manager    P.O. Box 182125    Columbus, OH 43218 | | | |
| 8983232 | Kohl's    Attn: President/Manager    P.O. Box 3043    Milwaukee, WI 53201 | | | |
| 9303761 | Mark Barden    c/o Koskoff, Koskoff & Bieder    350 Fairfield Avenue    Bridgeport, CT 06604 | | | |
| 8983233 | Mark Garbatini    New Haven Correctional Center – Inmate N    245 Whalley Avenue, P O Box 8000    New Haven, CT 06511 | | | |
| 9303763 | Midas Resources Inc.    Attn: President    190 Cobblestone Lane    Burnsville, MN 55337–4578 | | | |
| 9303762 | Midas Resources Inc.    c/o Wilson Elser Moskowitz et al    1010 Washington Blvd., 8th Floor    Stamford, CT 06901 | | | |
| 9303764 | Nicole Hockley    c/o Koskoff, Koskoff & Bieder    350 Fairfield Avenue    Bridgeport, CT 06604 | | | |
| 8983235 | PMH Alliance Medical Group    Attn: President/CEO    1801 W. Olympic Boulevard    Pasadena, CA 91199 | | | |
| 9011367 | PYOD, LLC    Resurgent Capital Services    PO Box 19008    Greenville, SC 29602 | | | |
| 9303765 | Pattis & Smith    Attn: President    383 Orange Street    1st Floor    New Haven, CT 06511 | | | |
| 8983236 | Prime Lending,    Attn: President/Manager    18111 Preston Road    Dallas, TX 75252 | | | |
| 9303767 | Prison Planet TV, LLC    Attn: President    3005 S Lamar Blvd    Suite D109 307    Austin, TX 78704 | | | |
| 9291001 | Prison Planet TV, LLC    P O Box 19549    Attn: Officer, Managing or General Agent    Agent for Service of Process    Austin, TX 78760 | | | |
| 9031554 | Quantum3 Group LLC as agent for    Bluestem and SCUSA    PO Box 788    Kirkland, WA 98083–0788 | | | |
| 9031553 | Quantum3 Group LLC as agent for    Comenity Bank    PO Box 788    Kirkland, WA 98083–0788 | | | |
| 8983237 | Radiologic Associates PC    Attn: President/Manager    P.O. Box 277    Bristol, CT 06011 | | | |
| 8983238 | Radius Global Solutions LLC    Attn: President/Manager    500 North Franklin Turnpike    Suite 200    Ramsey, NJ 07446 | | | |
| 9303768 | Regnier Taylor Curran Eddy    c/o Ralph G. Eddy    65 Paper Chase Trail    Avon, CT 06001 | | | |
| 9008990 | SYNCHRONY BANK    c/o Weinstein & Riley, PS    2001 Western Ave., Ste 400    Seattle, WA 98121 | | | |
| 8983239 | Santander Consumer    Attn: President/Manager    P.O. Box 660663    Dallas, TX 75266 | | | |
| 8983649 | Synchrony Bank    c/o PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541 | | | |
| 8983240 | TD Bank, N.A.    32 Chestnut Street    Po Box 1377    Lewiston, ME 04243 | | | |
| 8997984 | TD Bank, N.A.    Payment Processing, PO Box 16029    Lewiston, ME, 04243 | | | |
| 8983241 | Walmart    Attn: President/Manager    702 SW 8th Street    Bentonville, AR 72716 | | | |
| 9017142 | Waterbury CT Teachers Federal Credit Union    c–o Melissa L. Simonik    1001 Farmington Avenue, Suite 303    Bristol, CT 06010 | | | |
| 8983242 | Waterbury Ct Teachers    773 Straits Tpke    Middlebury, CT 06762 | | | |
| 8983243 | Waterbury Ct Teachers FCU    Attn: President/CEO    773 Straits Turnpike    Middlebury, CT 06762 | | | |
| 9022176 | Waterbury Hospital    64 Robbins Street    Waterbury,CT 06708 | | | |
| 8983244 | Waterbury Hospital    Prospect Waterbury, Inc.    Attn: President/CEO    1801 W. Olympic Boulevard    Pasadena, CA 91199–2205 | | | |
| 8983245 | Watertown Fire District    Attn: Tax Collector    24 Deforest Street    Watertown, CT 06795 | | | |
| 9303769 | William Aldenberg    c/o Koskoff, Koskoff & Bieder    350 Fairfield Avenue    Bridgeport, CT 06604 | | | |
| 9303771 | Wolfgang Halbig    25526 Hawks Run Lane    Sorrento, FL 32776 | | | |

TOTAL: 82